| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CELEBRITY RESORTS, LLC, a Florida limited liability company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA NONE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**27-0071826** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8451 Palm Parkway**<br>**Orlando, FL**<br>ZIP Code **32836** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **3701 Vineland Road**<br>**Orlando, FL 32811** |
|---|---|

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>  ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>  ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ■<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ■<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ■<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**CELEBRITY RESORTS, LLC, a Florida limited liability company**

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **See Attachment 1** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

## Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

## Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

## Information Regarding the Debtor - Venue
### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

## Certification by a Debtor Who Resides as a Tenant of Residential Property
### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CELEBRITY RESORTS, LLC, a Florida limited liability company** |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X **/s/ R Scott Shuker**
Signature of Attorney for Debtor(s)

**R Scott Shuker 984469**
Printed Name of Attorney for Debtor(s)

**Latham, Shuker, Eden & Beaudine, LLP**
Firm Name

**PO Box 3353**
**Orlando, FL 32802-3353**
Address

**(407) 481-5800  Fax: (407) 481-5801**
Telephone Number

**March  5, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jared M Meyers**
Signature of Authorized Individual

**Jared M Meyers**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**March  5, 2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

PETITION ATTACHMENT 1

**Bankruptcy Cases Concurrently Filed by**
**any Member or Affiliate of the Debtor**

**The Debtor and each of the affiliated entities listed below filed in this Court a voluntary petition**
**for relief under chapter 11 of Title 11 of the United States Code:**

|  | Debtor | Incorporation State | FEIN |
|---|---|---|---|
| 1. | Celebrity Resorts, LLC (CR) | Florida | 27-0071826 |
| 2. | Celebrity Resorts of Brigantine Beach, LLC (CRBB) (F/K/A Celebrity Resorts of New Jersey, LLC) | New Jersey | 27-0071840 |
| 3. | Celebrity Resorts of Indian Shores, LLC (CRIS) | Florida | 24-0071833 |
| 4. | Celebrity Resorts of Kauai, LLC (CRK) | Hawaii | 26-3493287 |
| 5. | Celebrity Resorts of Lake Buena Vista, LLC (CRLBV) | Florida | 20-3172236 |
| 6. | Celebrity Resorts of Orlando, LLC (CRO) | Florida | 20-3172133 |
| 7. | Celebrity Resorts of Palm Coast, LLC (CRPM) | Florida | 20-3172324 |
| 8. | Celebrity Resorts of Reno, LLC (CRR) | Nevada | 27-0071839 |
| 9. | Celebrity Resorts of Steamboat Springs, LLC (CRSS) | Colorado | 27-0071837 |
| 10. | Celebrity Resorts of Steamboat Springs-Hilltop, LLC (CRSS-H) | Colorado | 27-071838 |
| 11. | Celebrity Resorts Management Services, LLC (CRMS) | Florida | 56-2480863 |
| 12. | Celebrity Resorts Management, LLC (CRM) | Florida | 27-0071843 |
| 13. | Celebrity Resorts of Clearwater Management Company, LLC (CRCWMC) | Florida | 26-1284601 |
| 14. | Celebrity Resorts of Colorado Management Company, LLC (CRCMC) | Colorado | 27-0071848 |
| 15. | Celebrity Resorts of Florida Management Company, LLC (CRFMC) | Florida | 27-0071846 |
| 16. | Celebrity Resorts of Genoa, LLC (CRG) | Nevada | 26-3493388 |
| 17. | Celebrity Resorts of Hanalei Management Company, LLC (CRHMC) | Nevada | 30-0530844 |
| 18. | Celebrity Resorts of Hawley, LLC (CRH) | Florida | 26-3947056 |
| 19. | Celebrity Resorts of Kauai Management Company, LLC (CRKMC) | Hawaii | 26- 4114228 |
| 20. | Celebrity Resorts of Las Vegas Management Company, LLC (CRLVMC) | Nevada | 26-1638313 |
| 21. | Celebrity Resorts of Nevada Genoa Management, LLC (CRNGM) | Nevada | 26-3493287 |
| 22. | Celebrity Resorts of Nevada Management Company, LLC (CRNMC) | Nevada | 27-0071850 |

| | Debtor | Incorporation State | FEIN |
|---|---|---|---|
| 23. | Celebrity Resorts of New Jersey Management Company, LLC (CRNJMC) | New Jersey | 27-0071851 |
| 24. | Celebrity Resorts Connections, LLC (CRC) | Florida | 56-2480865 |
| 25. | Celebrity Resorts Holding Company, LLC (CRHC) | Florida | 20-2471047 |
| 26. | Celebrity Resorts Reservations, LLC (CRR) | Florida | 20-2062591 |
| 27. | Celebrity Resorts Sales & Marketing, LLC (CRSM)  (f/k/a Florida Property Development, LLC) | Florida | 20-8134312 |
| 28. | Hilltop Bar & Grill, LLC (HBG) | Colorado | 20-2470628 |
| 29. | Lucky Duck Café, LLC (LD) | Florida | 59-2957680 |
| 30. | Optima Financial Services, LLC (OFS) | Florida | 20-2076815 |
| 31. | The Club of Celebrity Resorts, LLC (CCR) | Florida | 20-8215720 |
| 32. | Venezia CE, LLC (VCE) | Florida | 26-1285382 |
| 33. | Celebrity Resorts International Management Services, LLC (CRIMS) | Nevada | 20-2760301 |
| 34. | Celebrity Resorts International, LP (CRI) | Nevada | 20-2760239 |
| 35. | Celebrity Resorts Management Services, Inc.(CRMSI) | Florida | 90-0065679 |
| 36. | Celebrity Resorts, Inc.(CR-INC) | Florida | 59-3740671 |
| | | | |

# United States Bankruptcy Court
## Middle District of Florida

In re    __CELEBRITY RESORTS, LLC, a Florida limited liability company__ ,

                                                  Debtor

Case No. _____

Chapter _____ __11__ _____

## Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   __N/A__ _____ .

2. The following financial data is the latest available information and refers to debtor's condition on _____ .

| | | Approximate number of holders |
|---|---|---|
| a. Total assets | $_____ 0.00 | |
| b. Total debts (including debts listed in 2.c.,below) | $_____ 0.00 | |
| c. Debt securities held by more than 500 holders. | | |
| secured / /   unsecured / /   subordinated / / | $_____ 0.00 | 0 |
| secured / /   unsecured / /   subordinated / / | $_____ 0.00 | 0 |
| secured / /   unsecured / /   subordinated / / | $_____ 0.00 | 0 |
| secured / /   unsecured / /   subordinated / / | $_____ 0.00 | 0 |
| secured / /   unsecured / /   subordinated / / | $_____ 0.00 | 0 |
| d. Number of shares of preferred stock | 0 | 0 |
| e. Number of shares of common stock | 0 | 0 |

Comments, if any:
    **Privately-held Florida limited liability company**

3. Brief description of debtor's business:
    **Timeshare Development**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    **Celebrity Resorts International, LP - 100% Member**

# United States Bankruptcy Court
## Middle District of Florida

In re    **CELEBRITY RESORTS, LLC, a Florida limited liability company**        Case No. _____

                                                     Debtor(s)        Chapter    **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **International Escrow Svcs**<br>**1100 Peachtree Street NE**<br>**Suite 800**<br>**Atlanta, GA 30309** | **International Escrow Services, Inc.**<br>**1100 Peachtree Street NE**<br>**Suite 800**<br>**Atlanta, GA 30309** | **Accrued closing cost** | | **64,895.00** |
| **Resort Condominiums Int'l**<br>**9998 N. Michigan Road**<br>**Carmel, IN 46032** | **Resort Condominiums Int'l**<br>**9998 N. Michigan Road**<br>**Carmel, IN 46032** | **Accrued RCI** | | **16,819.00** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

In re   **CELEBRITY RESORTS, LLC, a Florida limited liability company**           Case No.          

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 5, 2010**           Signature    **/s/ Jared M Meyers**
                                              **Jared M Meyers**
                                            **CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re     **CELEBRITY RESORTS, LLC, a Florida limited liability company**         Case No. _____

                                    Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Celebrity Resorts International, LP**<br>**Attn: Jared M Meyers, CEO**<br>**8451 Palm Parkway**<br>**Orlando, FL 32836** | **N/A** | **N/A** | **100% Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **March 5, 2010** _____

Signature _**/s/ Jared M Meyers**_ _____
                **Jared M Meyers**
                **CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

<u>0</u> continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re   **CELEBRITY RESORTS, LLC, a Florida limited liability company**      Case No. _____

                                          Debtor(s)          Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March  5, 2010** _____        **/s/ Jared M Meyers** _____

                                                      **Jared M Meyers/CEO**
                                                      Signer/Title

CELEBRITY RESORTS, LLC, a Florida limited liability company
8451 Palm Parkway
Orlando, FL 32836

100 S Eola Dr. PH116
Orlando, FL 32801

Florida Dept of Revenue
Attn: Executive Director
5050 W Tennessee St
Tallahassee, FL 32399-0140

R Scott Shuker
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

Derek Meyers Trust Holdings, LLC
2514 Fisher Island Drive
Fisher Island, FL 33109

Florida Fun Attractions, Inc.
2514 Fisher Island Drive
Fisher Island, FL 33109

Adalzira Diez
3952 Peace Pipe Drive
Orlando, FL 32829

Dylan Meyers
2514 Fisher Island Drive
Fisher Island, FL 33109

Florida Fun Spots, Inc
4875 Pinetree Drive
Miami Beach, FL 33141

Celebrity Resorts
International, LP
Attn: Jared M Meyers, CEO
8451 Palm Parkway
Orlando, FL 32836

Dylan Meyers Trust
2514 Fisher Island Drive
Fisher Island, FL 33109

Florida Resort Rentals, inc
4875 Pinetree Drive
Miami Beach, FL 33150

Celebrity Resorts International, Inc
2514 Fisher Island Drive
Fisher Island, FL 33109

Dylan Meyers Trust Holdings, LLC
2514 Fisher Island Drive
Fisher Island, FL 33109

Glenn Davis
P.O. Box 182149
Casselberry, FL 32718

CF Leasing, Inc
2514 Fisher Island Drive
Fisher Island, FL 33109

Farmington Bank
Attn: President/Gen Mgr
9 Melrose Drive
Farmington, CT 06032

Glenn Davis, P.A.
P.O. Box 182149
Casselberry, FL 32718

Crystal Beach Club Mgmt Corp
4875 Pinetree Drive
Miami Beach, FL 33141

FCC Development, Inc.
2514 Fisher Island Drive
Fisher Island, FL 33109

Harbor Club Mortgage, Inc
2514 Fisher Island Drive
Fisher Island, FL 33109

Crystal Beach Development Corp
4875 Pinetree Drive
Miami Beach, FL 33150

FHCD, Inc
2514 Fisher Island Drive
Fisher Island, FL 33109

Hillel Meyers
4875 Pinetree Drive
Miami Beach, FL 33141

D13 Consulting, Inc.
2514 Fisher Island Drive
Fisher Island, FL 33109

First Harbor Club Management Co., Inc
2514 Fisher Island Drive
Fisher Island, FL 33109

Hygienics, Inc
2514 Fisher Island Drive
Fisher Island, FL 33109

Derek Meyers
100 S Eola Dr. PH116
Orlando, FL 32801

First Jefferson Corp.
2514 Fisher Island Drive
Fisher Island, FL 33109

Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114

International Escrow Svcs
1100 Peachtree Street NE
Suite 800
Atlanta, GA 30309

Interval International
9995 S.W. 88th Street
Miami, FL 33176

Meyers Management, Inc.
2514 Fisher Island Drive
Fisher Island, FL 33109

National Tax and Business Associates
1900 Howell Branch Road, Suite 4-9
Winter Park, FL 32792

Neil S. Meyers
2514 Fisher Island Drive
Fisher Island, FL 33109

Orange Cty Tax Collector
Attn: Earl K. Wood
PO Box 2551
Orlando, FL 32802-2551

Priority One Accounting, Inc
3952 Peace Pipe Drive
Orlando, FL 32829

R.H., P.A.
3815 N. US#1 #43
Cocoa, FL 32921

Resort Condominiums Int'l
9998 N. Michigan Road
Carmel, IN 46032

Resort World of Orlando Management, Inc
2514 Fisher Island Drive
Fisher Island, FL 33109

Ron Howse
3815 N. US#1 #43
Cocoa, FL 32921

Ron Howse, P.A.
3815 N. US#1 #43
Cocoa, FL 32921

Star Island Development Corp
4875 Pinetree Drive
Miami Beach, FL 33141

Star Island Management Corp
4875 Pinetree Drive
Miami Beach, FL 33141

Star Island Realty, Inc
4875 Pinetree Drive
Miami Beach, FL 33150

Star Island Registered Agents, Inc
4875 Pinetree Drive
Miami Beach, FL 33150

Steve Meyers
4520 Sabal Palm Road
Miami, FL 33137

Steven Meyers PA
4520 Sabal Palm Road
Miami, FL 33137

Textron Financial Corp
Attn: President
PO Box 3695
Boston, MA 02241

The Club at Crystal Beach, Inc
4875 Pinetree Drive
Miami Beach, FL 33141

The Club at Star Island, Inc.
4875 Pinetree Drive
Miami Beach, FL 33141

The Club of the Oaks, Inc
2514 Fisher Island Drive
Fisher Island, FL 33109

The Club of the Spas, Inc
2514 Fisher Island Drive
Fisher Island, FL 33109

The Club of the Villas, Inc
2514 Fisher Island Drive
Fisher Island, FL 33109

Twin Lakes Resort and Country Cllr
4875 Pinetree Drive
Miami Beach, FL 33141

Worldwide Vacation & Travel, Inc.
9995 S.W. 88th Street
Miami, FL 33176