# United States Bankruptcy Court
## Middle District of Florida

In re   **CELEBRITY RESORTS, LLC, a Florida limited liability company**            Case No. _____
                                            Debtor(s)                               Chapter   **11**

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, _____**Jared M Meyers**_____, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_____
Jared M Meyers
Signature of Debtor
or other claimant

### Verified Document(s):

| Full Descriptive Title | Date Executed |
|---|---|
| Voluntary Petition | March 5, 2010 |
| List of Equity Security Holders | March 5, 2010 |
| List of Creditors Holding Twenty Largest Unsecured Claims | March 5, 2010 |
| Verification of Creditor Matrix | March 5, 2010 |