UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| CELEBRITY RESORTS, LLC,[1] ) | Case No.: 6:10-bk-03550-ABB |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**OBJECTION OF FARMINGTON BANK TO THE DEBTORS'
EMERGENCY MOTION FOR AUTHORITY TO COMPENSATE
OFFICER AND INSIDER IN THE AMOUNT OF $375,000
AND REQUEST FOR EMERGENCY PRELIMINARY HEARING**

Farmington Bank, secured creditor to Celebrity Resorts, LLC, Celebrity Resorts of Orlando, LLC, Celebrity Resorts of Palm Coast, LLC, Celebrity Resorts of Indian Shores, LLC, Celebrity Resorts of Reno, LLC, Celebrity Resorts of Steamboat Springs, LLC, Celebrity Resorts of Steamboat Springs-Hilltop, LLC and Celebrity Resorts of Brigantine Beach, LLC ("Farmington" or "Secured Creditor"), by and through its attorneys, Updike, Kelly & Spellacy, P.C. and Lowndes, Drosdick, Doster, Kantor &

---

[1] Celebrity Resorts of Brigantine Beach, LLC – 6:10-bk-03551; Celebrity Resorts of Indian Shores, LLC - 6:10-bk-03552; Celebrity Resorts of Kauai, Inc - 6:10-bk-03553; Celebrity Resorts of Lake Buena Vista, LLC - 6:10-bk-03554; Celebrity Resorts of Orlando, LLC - 6:10-bk-03555; Celebrity Resorts of Palm Coast, LLC - 6:10-bk-03556; Celebrity Resorts of Reno, LLC - 6:10-bk-03557; Celebrity Resorts of Steamboat Springs, LLC - 6:10-bk-03558; Celebrity Resorts of Steamboat Springs-Hilltop, LLC - 6:10-bk-03559; Celebrity Resorts Management Services, LLC - 6:10-bk-03560; Celebrity Resorts Management, LLC - 6:10-bk-03561; Celebrity Resorts of Clearwater Management, LLC - 6:10-bk-03562; Celebrity Resorts of Colorado Management, LLC - 6:10-bk-03563; Celebrity Resorts of Florida Management, LLC - 6:10-bk-03564; Celebrity Resorts of Genoa, LLC - 6:10-bk-03565; Celebrity Resorts of Hanalei Management Company, LLC - 6:10-bk-03566; Celebrity Resorts of Hawley, LLC - 6:10-bk-03567; Celebrity Resorts of Kauai Management Company, LLC - 6:10-bk-03568; Celebrity Resorts of Las Vegas Management Company, LLC - 6:10-bk-03569; Celebrity Resorts of Nevada Genoa Management, LLC - 6:10-bk-03570; Celebrity Resorts of Nevada Management Company, LLC - 6:10-bk-03571; Celebrity Resorts of New Jersey Management Company, LLC - 6:10-bk-03572; Celebrity Resorts Connections, LLC - 6:10-bk-03573; Celebrity Resorts Holding Company, LLC - 6:10-bk-03574; Celebrity Resorts Reservations, LLC - 6:10-bk-03575; Celebrity Resorts Sales & Marketing, LLC - 6:10-bk-03576; Hilltop Bar & Grill, LLC - 6:10-bk-03577; Lucky Duck Cafè, LLC - 6:10-bk-03578; Optima Financial Services, LLC - 6:10-bk-03579; The Club of Celebrity Resorts, LLC - 6:10-bk-03580; Venezia CE, LLC - 6:10-bk-03581; Celebrity Resorts International Management Services, LLC - 6:10-bk-03582; Celebrity Resorts International, LP - 6:10-bk-03583; Celebrity Resorts Management Services, Inc. - 6:10-bk-03584; Celebrity Resorts, Inc. - 6:10-bk-03585.

0203009\145775\1293397\1
561742-v1

Reed, P.A., hereby objects to the Debtors' Emergency Motion for Authority to Compensate Officer and Insider in the Amount of $375,000 and, in support thereof, respectfully represents as follows:

I. **BACKGROUND AND FACTS**

1. On March 5, 2010 (the "Petition Date"), Celebrity Resorts, LLC, *et al.* (hereinafter, the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of Florida, Orlando Division. The Debtors Chapter 11 cases have been jointly administered under case no. 6:10-bk-03550-ABB. Since the Petition Date, the Debtors have allegedly operated their businesses and managed their properties as debtors-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

2. Upon information and belief, Debtors are engaged in the business of acquiring, developing, managing and operating thirteen (13) vacation timeshare resorts in the United States and the Caribbean (the "Resorts").

3. The Debtors employ approximately 384 employees and are headquartered at 8451 Palm Parkway, Orlando, Florida 32836. Jared M. Meyers is the Chief Executive Officer of the Debtors. Jared M. Meyers (33.00%), Derek Meyers Trust (33.00%), Dylan Meyers Trust (33.00%) and Celebrity Resorts International, L.P. (1.00%) comprise the ownership interests of the Debtors.

4. As of today's date, the United States Trustee has not appointed a committee of unsecured creditors.

5. Farmington Bank is a Connecticut stock savings bank with its headquarters located at One Farm Glen Boulevard, Farmington, Connecticut 06032.

6. On August 14, 2008, that certain Inventory Loan Agreement was entered into by and among Farmington Bank and Celebrity Resorts, LLC, Celebrity Resorts of Orlando, LLC, Celebrity Resorts of Palm Coast, LLC, Celebrity Resorts of Indian Shores, LLC, Celebrity Resorts of Reno, LLC, Celebrity Resorts of Steamboat Springs, LLC, Celebrity Resorts of Steamboat Springs-Hilltop, LLC and Celebrity Resorts of Brigantine Beach, LLC (collectively, the "Borrowers"). The Inventory Loan Agreement was amended by that certain First Amendment to Inventory Loan Agreement dated October 14, 2008 (as amended and as it may from time to time be further amended, modified or restated, hereinafter, the "Inventory Loan"). All terms used but not defined in this Motion shall have the meaning set forth for such terms in the Inventory Loan.

7. The Borrowers became indebted to Farmington Bank in the original principal amount of TEN MILLION AND 00/100 DOLLARS ($10,000,000.00) as evidenced by, and pursuant to the terms and conditions of the Inventory Loan Note dated August 14, 2008 (the "Note"), executed and delivered by the Borrowers to and in favor of Farmington Bank made payable, together with interest on the unpaid principal balance hereof, before and after maturity, by acceleration or otherwise, at the rate stated therein, and with principal and interest payments required, together with all costs of collecting this Note, including attorneys' fees.

8. On November 13, 2009, by and among Farmington Bank and the Borrowers, Celebrity Resorts of Lake Buena Vista, LLC and Jared M. Meyers entered into a Forbearance and Amendment Agreement [Inventory Loan]. The Borrowers, Celebrity Resorts of Lake Buena Vista, LLC and Jared M. Meyers acknowledged and agreed that they are in default of their agreements and obligations under the Loan

Documents as a result of the occurrence of the Existing Defaults. "Loan Documents" means the Inventory Loan, the Note, the Guaranty, the Lender's Mortgage, the Assignment of Property Rights, the Intercreditor Agreement, any document evidencing any assignment or security interest, the Subordination Agreements, the Nondisturbance Agreements, the Environmental Agreement, the Patriot Act Certificate and Agreement, the Collateral Assignment of Notes and Related Documents and all documents now or hereafter executed in connection with the Inventory Loan or securing the Obligations.

9. On March 10, 2010, the Debtors filed a Emergency Motion for Authority to Compensate Officer and Insider and Request for Emergency Preliminary Hearing (the "Motion"). The Motion seeks authority to the pay salary to the following officer and insider: Mr. Jared M. Meyers, Chief Executive Officer and President of the Debtors and states in relevant part:

- In response to the tightening credit markets and the fiscal challenges facing the Debtors, Meyers and several other salaried employees took a ten percent (10%) reduction in pay during the third quarter of 2009 which reduced his gross biweekly salary from $16,029 to $14,426 per pay period (the "Reduced Salary Structure"). See the Motion at ¶ 9.

- In the immediate twelve (12) months prior to the Petition Date, Meyers received a salary of approximately $394,305 which reflected about six months at the Reduced Salary Structure. He also received health and life insurance. Id. at ¶ 10.

- As compensation, it is proposed that Meyers continue to be paid at the Reduced Salary Structure of $14,426 every two weeks (or approximately $375,000 on an annualized basis) and that he continue to receive existing health and life insurance benefits. Debtors also request authority to pay the prepetition amount which is due on March 12, 2010; however, such amount will be capped at $10,950.00. Id. at ¶ 11.

- As to compensation to be paid to Meyers, compensation will only be paid after all other salary and operating expenses have been

paid, and if insufficient funds are available to make such payments, no payments will be made and unpaid amounts will not accrue. Id. at ¶ 12.

- It is respectfully submitted that the compensation of the Debtors' CEO, subject to this motion, is reasonable in light of the compensation received by him prior to the bankruptcy filing, the services rendered as compared to similar services in the marketplace, and the nature of the duties being performed by Meyers in his capacity as CEO. Id. at ¶ 13.

**II. JURISDICTION AND VENUE**

10. This Court has jurisdiction over Farmington Bank's objection to the Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue of these proceedings and Farmington Bank's objection is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

**III. OBJECTION - COMPENSATION IN THE AMOUNT OF $375,000 ON AN ANNUALIZED BASIS TO JARED M. MEYERS IS EXCESSIVE, UNREASONABLE AND UNFAIR**

11. The Debtors have not provided any information related to whether Mr. Meyers compensation is considered to be reasonable and consistent with industry standards or whether his services rendered as compared to other similar services in the marketplace are considered to be fair and reasonable. No specifics have been set forth as to how the Debtors intend to exit Chapter 11, thus, it may not be necessary to retain or continue the employment of Mr. Meyers as Chief Executive Officer to assist in effectuating a plan of reorganization. In addition, the Motion does not properly set forth the responsibilities, job description and post-petition business plan that Mr. Meyers would be required to perform.

12. As a Court of equity, compensation to Mr. Meyers in the amount of $375,000 is just plain excessive. The facts and circumstance of these cases and the

difficult and uncertain economic times that consumers and businesses are experiencing today do not justify such a salary. Mr. Meyers should not be able to continue to receive such a high income while the creditors of the bankruptcy estate receive nothing during the pendency of the bankruptcy cases and values of the collateral continue to dissipate and erode. The Debtors are suffering losses, distribution to creditors remains uncertain and secured creditors are receiving no adequate protection payments. The proposed compensation to Mr. Meyers is not fair and reasonable and is not in the best interest of the creditors and bankruptcy estates.

13. As the Chief Executive Officer of the Debtors, Mr. Meyers has a fiduciary duty to the Debtors and the creditors of the bankruptcy estates. Payment to himself of a salary of $375,000 on an annualized basis is a breach of his fiduciary duty. Mr. Meyers is operating the Debtors for the benefit of the creditors, not himself or other shareholders.

14. On July 18, 2009, Perspective Magazine released a salary study for timeshare/vacation/fractional/hospitality industry. Keith W. Trowbridge, Ph.D. and President of Executive Quest, Inc. conducted the study and authored the article in Perspective Magazine. On average, "Chief Executive Officers, President and owners decreased their salaries and compensation approximately 33% from the previous year as the economy and therefore timeshare/fractional/vacation ownership/hospitality industry struggled." See Keith W. Trowbridge, Salary Study Announced for Timeshare & Fractional Industry, Perspective Magazine (July 18, 2009). In these Chapter 11 cases, Mr. Meyers has only reduced his compensation 10%.

15. Farmington Bank reserves any and all rights to supplement, amend, or otherwise modify its Objection at the hearing.

WHEREFORE, Farmington Bank respectfully requests the Objection to the Debtors' Emergency Motion for Authority to Compensate Officer and Insider in the Amount of $375,000 be sustained, that, and that Farmington Bank be granted such other and further relief as the Court may deem proper.

Dated this March 22, 2010.

/s/ *L. William Porter III*
L. William Porter III
Florida Bar No. 0116882
Zachary J. Bancroft
Florida Bar No. 0145068
Lowndes, Drosdick, Doster, Kantor
& Reed, P.A.
450 South Orange Avenue, Suite 800
Post Office Box 2809 (32802)
Orlando, Florida 32801
Telephone: (407) 843-4600
Fax No: (407) 843-4444
Email: bill.porter@lowndes-law.com
Email: zachary.bancroft@lddkr.com

and

/s/ *Evan S. Goldstein*
Evan S. Goldstein, Esq.
Federal Bar No. ct22994
Updike, Kelly & Spellacy, P.C.
One State Street, Suite 2400
P.O. Box 231277
Hartford, CT 06123-1277
Tel. 860-548-2609
Fax 860-548-2680
egoldstein@uks.com
Counsel for Farmington Bank
f/k/a Farmington Savings Bank

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of March, 2010, to the extent that the foregoing, OBJECTION OF FARMINGTON BANK TO THE DEBTORS' EMERGENCY MOTION FOR AUTHORITY TO COMPENSATE OFFICER AND INSIDER IN THE AMOUNT OF $375,000 AND REQUEST FOR EMERGENCY PRELIMINARY HEARING, was not served electronically via the ECF/CM System, I caused a copy to be served via first class mail postage prepaid to the parties on the service list below and to the parties on the attached Mailing Matrix.

/s/ *L. William Porter III*
L. William Porter III

## SERVICE LIST

Celebrity Resorts, LLC
8451 Palm Parkway
Orlando, FL 32836

R. Scott Shuker, Esq.
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802

U.S. Trustee
c/o Timothy S. Laffredi, Esq.
135 West Central Blvd Suite 620
Orlando, FL 32801

Label Matrix for local noticing
113A-6
Case 6:10-bk-03550-ABB
Middle District of Florida
Orlando
Mon Mar 22 13:36:49 EDT 2010

Celebrity Resorts, LLC
8451 Palm Parkway
Orlando, FL 32836-6414

Farmington Bank
c/o L. William Porter III
Lowndes Drosdick et al.
P.O. Box 2809
Orlando, FL 32802-2809

Fifth Third Bank
c/o W. Glenn Jensen, Esq.
Roetzel & Andress
P.O. Box 6507
Orlando, FL 32802-6507

Resort Condominiums International, LLC
c/o Forman Holt Eliades & Ravin LLC
Attn.: Daniel M. Eliades, Esq.
80 Route 4 East
Suite 290
Paramus, NJ 07652-2661

United States Bankruptcy Court
135 West Central Boulevard Suite 950
Orlando, FL 32801-2443

Adalzira Diez
3952 Peace Pipe Drive
Orlando, FL 32829-8417

CF Leasing, Inc
2514 Fisher Island Drive
Fisher Island, FL 33109-0135

Celebrity Resorts
International, LP
Attn: Jared M Meyers, CEO
8451 Palm Parkway
Orlando, FL 32836-6414

Celebrity Resorts International, Inc
2514 Fisher Island Drive
Fisher Island, FL 33109-0135

Crystal Beach Club Mgmt Corp
4875 Pinetree Drive
Miami Beach, FL 33140-3138

Crystal Beach Development Corp
4875 Pinetree Drive
Miami Beach, FL 33140-3138

D13 Consulting, Inc.
2514 Fisher Island Drive
Fisher Island, FL 33109-0135

Derek Meyers
100 S Eola Dr. PH116
Orlando, FL 32801-6603

Derek Meyers Trust
100 S Eola Dr. PH116
Orlando, FL 32801-6603

Derek Meyers Trust Holdings, LLC
2514 Fisher Island Drive
Fisher Island, FL 33109-0135

Dylan Meyers
2514 Fisher Island Drive
Fisher Island, FL 33109-0135

Dylan Meyers Trust
2514 Fisher Island Drive
Fisher Island, FL 33109-0135

Dylan Meyers Trust Holdings, LLC
2514 Fisher Island Drive
Fisher Island, FL 33109-0135

FCC Development, Inc.
2514 Fisher Island Drive
Fisher Island, FL 33109-0135

FHCD, Inc
2514 Fisher Island Drive
Fisher Island, FL 33109-0135

Farmington Bank
Attn: President/Gen Mgr
9 Melrose Drive
Farmington, CT 06032-2249

Farmington Bank f/k/a Farmington Savings Ban
c/o L. William Porter III
Lowndes Drosdick et al.
P.O. Box 2809
Orlando FL 32802-2809

Farmington Bank f/k/a Farmington Savings Ban
c/o Zachary J. Bancroft, Esq.
Lowndes Drosdick et al.
P.O. Box 2809
Orlando FL 32802-2809

First Harbor Club Management Co., Inc
2514 Fisher Island Drive
Fisher Island, FL 33109-0135

First Jefferson Corp.
2514 Fisher Island Drive
Fisher Island, FL 33109-0135

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept of Revenue
Attn: Executive Director
5050 W Tennessee St
Tallahassee, FL 32399-0140

Florida Fun Attractions, Inc.
2514 Fisher Island Drive
Fisher Island, FL 33109-0135

Florida Fun Spots, Inc
4875 Pinetree Drive
Miami Beach, FL 33140-3138

| | | |
|---|---|---|
| Florida Resort Rentals, inc<br>4875 Pinetree Drive<br>Miami Beach, FL 33140-3138 | Glenn Davis<br>P.O. Box 182149<br>Casselberry, FL 32718-2149 | Glenn Davis, P.A.<br>P.O. Box 182149<br>Casselberry, FL 32718-2149 |
| Harbor Club Mortgage, Inc<br>2514 Fisher Island Drive<br>Fisher Island, FL 33109-0135 | Hillel Meyers<br>4875 Pinetree Drive<br>Miami Beach, FL 33140-3138 | Hygienics, Inc<br>2514 Fisher Island Drive<br>Fisher Island, FL 33109-0135 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | International Escrow Svcs<br>1100 Peachtree Street NE<br>Suite 800<br>Atlanta, GA 30309-4516 | Interval International<br>9995 S.W. 88th Street<br>Miami, FL 33176-1720 |
| Meyers Management, Inc.<br>2514 Fisher Island Drive<br>Fisher Island, FL 33109-0135 | National Tax and Business Associates<br>1900 Howell Branch Road, Suite 4-9<br>Winter Park, FL 32792-1069 | Neil S. Meyers<br>2514 Fisher Island Drive<br>Fisher Island, FL 33109-0135 |
| Orange Cty Tax Collector<br>Attn: Earl K. Wood<br>PO Box 2551<br>Orlando, FL 32802-2551 | Priority One Accounting, Inc<br>3952 Peace Pipe Drive<br>Orlando, FL 32829-8417 | R.H., P.A.<br>3815 N. US#1 #43<br>Cocoa, FL 32921 |
| Resort Condominiums Int'l<br>9998 N. Michigan Road<br>Carmel, IN 46032-9640 | Resort World of Orlando Management, Inc<br>2514 Fisher Island Drive<br>Fisher Island, FL 33109-0135 | Ron Howse<br>3815 N. US#1 #43<br>Cocoa, FL 32921 |
| Ron Howse, P.A.<br>3815 N. US#1 #43<br>Cocoa, FL 32921 | Star Island Development Corp<br>4875 Pinetree Drive<br>Miami Beach, FL 33140-3138 | Star Island Management Corp<br>4875 Pinetree Drive<br>Miami Beach, FL 33140-3138 |
| Star Island Realty, Inc<br>4875 Pinetree Drive<br>Miami Beach, FL 33140-3138 | Star Island Registered Agents, Inc<br>4875 Pinetree Drive<br>Miami Beach, FL 33140-3138 | Steve Meyers<br>4520 Sabal Palm Road<br>Miami, FL 33137-3378 |
| Steven Meyers PA<br>4520 Sabal Palm Road<br>Miami, FL 33137-3378 | Textron Financial Corp<br>Attn: President<br>PO Box 3695<br>Boston, MA 02241-3695 | Textron Financial Corp<br>c/o Epstein Becker & Green PC<br>Attn Paul Traub Esq<br>250 Park Ave<br>New York NY 10177-1211 |
| The Club at Crystal Beach, Inc<br>4875 Pinetree Drive<br>Miami Beach, FL 33140-3138 | The Club at Star Island, Inc.<br>4875 Pinetree Drive<br>Miami Beach, FL 33140-3138 | The Club of the Oaks, Inc<br>2514 Fisher Island Drive<br>Fisher Island, FL 33109-0135 |

The Club of the Spas, Inc
2514 Fisher Island Drive
Fisher Island, FL 33109-0135

The Club of the Villas, Inc
2514 Fisher Island Drive
Fisher Island, FL 33109-0135

Twin Lakes Resort and Country Club, Inc
4875 Pinetree Drive
Miami Beach, FL 33140-3138

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

Worldwide Vacation & Travel, Inc.
9995 S.W. 88th Street
Miami, FL 33176-1720

R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Textron Financial Corporation

(d)Fifth Third Bank
c/o W. Glenn Jensen, Esq.
Roetzel & Andress
P.O. Box 6507
Orlando, FL 32802-6507

(d)Resort Condominiums International, LLC
c/o Forman Holt Eliades & Ravin LLC
Attn.: Daniel M. Eliades, Esq.
80 Route 4 East, Suite 290
Paramus, NJ 07652-2661

End of Label Matrix
Mailable recipients    65
Bypassed recipients     3
Total                  68