**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: | CHAPTER 11 |
| CELEBRITY RESORTS, LLC, *et al.*, | CASE NO.: 6:10-bk-3550-ABB |
| Debtor. _____/ | Jointly Administered with Cases 6:10-bk-3551-ABB to 6:10-bk-3585-ABB |

**CELEBRITY RESORTS, LLC'S MOTION TO DETERMINE, PURSUANT TO BANKRUPTCY CODE § 506, THE VALUE OF COLLATERAL SECURING CLAIM OF TEXTRON FINANCIAL CORPORATION**

Celebrity Resorts of Brigantine Beach, LLC (Case No. 6:10-bk-03551-ABB), Celebrity Resorts of Indian Shores, LLC (Case No. 6:10-bk-03552-ABB), Celebrity Resorts Lake Buena Vista, LLC (Case No. 6:10-bk-03554-ABB), Celebrity Resorts of Orlando, LLC (Case No. 6:10-bk-03555-ABB), Celebrity Resorts of Palm Coast, LLC (Case No. 6:10-bk-03556-ABB), Celebrity Resorts of Reno, LLC (Case No. 6:10-bk-03557-ABB), Celebrity Resorts of Steamboat Springs, LLC (Case No. 6:10-bk-03558-ABB), Celebrity Resorts of Steamboat Springs-Hilltop, LLC (Case No. 6:10-bk-03559-ABB), and Celebrity Resorts Management Services, LLC (Case No. 6:10-bk-03560-ABB), debtors and debtors in possession in the above-captioned chapter 11 cases (each a "Debtor", and collectively the "Debtors"), hereby move, pursuant to 11 U.S.C. § 506, Federal Rule of Bankruptcy Procedure 3012, and Rule 3012-1 of the Local Rules for the Middle District of Florida, for an order determining the value of certain collateral securing Textron Financial Corporation's ("Textron") claim, as set forth herein, (the "Motion") and, in support thereof, states as follows:

1

## Jurisdiction, Venue and Procedural History

1. On March 5, 2010 (the "Filing Date"), the Debtors filed voluntary petitions for relief with this Court under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases"). The Debtors are continuing in possession of their property, and operating and managing their businesses, as debtors in possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157(b) and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. §157(b).

3. By motion[1] (the "Cash Collateral Motion"), the Debtors sought the issuance and entry of an order, for authorization, in relevant part, to use Textron's Cash Collateral and to provide adequate protection to Textron on account of any diminution in the value of Textron's interests in the Pre-Petition Collateral resulting from the (i) use, sale, lease, disposition, shrinkage, decline in market value, consumption or physical deterioration of the Pre-Petition Collateral.

4. On March 10, 2010, a hearing was held before the Court in connection with the Debtors' request for approval of the relief requested in the Cash Collateral Motion.

5. On March 23, 2010[2], the Court issued and entered the Interim Order providing for, <u>inter alia</u>, the grant to the Debtors of authorization to use Textron's Cash Collateral during the Interim Period (<u>i.e.</u>, through April 6, 2010), subject in all respects to the Budget made a part

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed thereto in either the motion or that certain Stipulation And Agreed Order Pursuant To §§ 105, 361, 362 And 363 Of The Bankruptcy Code (I) Authorizing The Debtors' Use Of Cash Collateral On An Interim Basis And Granting Adequate Protection And (II) Granting Related Relief, dated March 23, 2010 (the "Interim Order") [Docket No. 33; Case No. 6:10-bk-03550-ABB], as the context makes appropriate.

[2] On April 19, 2010, and again on May 5, 2010, the Court issued and entered respectively, the "Second Interim Order" and the "Third Interim Order", which orders authorized the Debtors' continued use of Textron's Cash Collateral through and including 5:00 p.m. (ET) on June 2, 2010.

of the Interim Order, and to provide adequate protection to Textron on account of any diminution in the value of Textron's interests in the Pre-Petition Collateral, in each case subject to the terms and provisions contained in the Interim Order.

6. In June, 2010, the Court entered an Order (the "Fourth Interim Order"), subject in all respects to the terms and conditions set forth therein and in the Interim Order, the Second Interim Order, and the Third Interim Order, which authorized the Debtors' continued use of Textron's Cash Collateral during the period from June 2, 2010, through and including 5:00 p.m. (ET) on July 21, 2010 (the "Fourth Interim Period"), and <u>granting Textron adequate protection for any diminution in the value of its interests in the Cash Collateral from and after the Filing Date and continuing throughout the Fourth Interim Period</u>. (*emphasis added*)

### The Textron Collateral

7. The Debtors and Textron are parties to that certain Second Amended, Restated and Consolidated Master Loan Facilities and Security Agreement, dated as of December 28, 2006 (as amended from time to time, the "Loan Agreement")[3], wherein Textron made certain revolving and term loan credit facilities available to the Debtors, and pursuant to which, the Debtors, from time to time, borrowed certain funds (the "Textron Obligations").

8. The Debtors stipulate that the Textron Obligations are secured by valid, enforceable, duly perfected liens and security interests granted by the Debtors for the benefit of Textron, on and in the Collateral (as such term is defined in the Pre-Petition Loan Documents; and referred to herein as the "Textron Collateral").

---

[3] The Loan Agreement, together with, among others, such ancillary or related loan documents, deposit account control agreements, consents, assignments, security agreements, agreements, instruments, guarantees and financing statements in connection with the indebtedness referred to in the Loan Agreement (together with the Loan Agreement, collectively, the "Pre-Petition Loan Documents")

9. The Textron Collateral includes, in part, (i) certain Pledged Receivables, as defined in the Loan Agreement, and any product and proceeds thereof (the "Pledged Receivables"); (ii) all Accounts (as defined in the Uniform Commercial Code) related to management agreements between any Debtors which serve as management companies and any counterparties thereto (the "Management Accounts"), and any product and proceeds thereof; and (iii) all proceeds and products of the Textron Collateral (collectively, the "Replacement Liens").

10. The Debtors estimate that, as of March 31, 2010, the Textron Obligations include approximately $10.4 million dollars in principal, (the "Claim"), together with such other interest accruing from and after such date under the Pre-Petition Loan Documents, and all fees, costs, expenses, and costs of collection (including, without limitation, reasonable attorneys' fees) as set forth in the Pre-Petition Loan Documents.

11. The Debtors assert that the cash flows generated by the Pledged Receivables are approximately $14.4 million dollars.

## The Valuation of Collateral

12. The Debtors assert that the value of the Pledged Receivables provides Textron with an equity cushion, in absolute dollars, of approximately $4 million dollars[4] above its secured Claim.

13. The Debtors assert that Textron is oversecured based on the value of its lien on the Pledged Receivables.

14. "Section 506 of the Bankruptcy Code allows a debtor to value a claim to determine if the claim is secured or unsecured and to declare void a lien for a totally unsecured claim. Section 506(a) provides that collateral, which secures an allowed claim, may be valued to

---

[4] Even discounted, the net present value of the equity cushion is approximately $2 million dollars.

ascertain what portion of the claim is secured and what portion is unsecured." In re Sadala, 294 B.R. 180, 182 (Bankr. M.D. Fla. 2003).

15. Pursuant to 506(a), the value of an allowed claim secured by a lien on property shall be valued in light of the purpose of the valuation and the proposed disposition of such property.

16. The Debtors intend to provide Textron with the indubitable equivalent of its Claim pursuant to Section 1129(b)(2)(A).

17. In conjunction with providing Textron with the indubitable equivalent of its Claim, the Debtors intend to transfer their interest in the Pledged Receivables to Textron.

18. The Debtors will continue to operate all resorts and, as such, the proper valuation of the Pledged Receivables is determined by the discounted future cash flows generated by the collateral on a going concern basis.

19. The Debtors request that the Court determine the value of the Pledged Receivables.

**Relief Requested**

20. Pursuant to Rule 3012 of the Federal Rules of Bankruptcy Procedure, the court may determine the value of a claim secured by a lien on property in which the estate has a interest on motion of any party in interest and after a hearing on notice to the holder of the secured claim and any other entity as the court may direct.

21. As the Debtors shall continue to operate all resorts, the proper valuation of the Pledged Receivables is on a going concern basis.

22. Based on the valuation of the Pledged Receivables conducted on behalf of the Debtors, Textron's Claim is oversecured.

23. Textron's lien on the Pledged Receivables provides it with an equity cushion on its Claim, in absolute dollars, of approximately $4 million dollars.

**WHEREFORE**, the Debtors respectfully request this Court enter an order determining: (i) the value of the Pledged Receivables; (ii) the value of the Pledged Receivables should be a going concern value; (iii) that, based on its lien against the Pledged Receivables, Textron's Claim is oversecured; (iv) that Textron has an equity cushion on its Claim, in absolute dollars, of approximately $4 million dollars; and (v) for such further relief as the Court deems necessary, appropriate, equitable and proper.

**RESPECTFULLY SUBMITTED** this 23rd day of June 2010.

/s/ Victoria Kothari, Esq.
R. Scott Shuker, Esquire
Florida Bar No. 984469
rshuker@lseblaw.com
Victoria Kothari, Esquire
Florida Bar No. 0730831
vkothari@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CHAPTER 11

**CELEBRITY RESORTS, LLC,** *et al.,*                CASE NO.: 6:10-bk-3550-ABB

                **Debtor.**            Jointly Administered with Cases
_____/                6:10-bk-3551-ABB to 6:10-bk-3585-ABB

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true copy of **CELEBRITY RESORTS, LLC'S MOTION TO DETERMINE, PURSUANT TO BANKRUPTCY CODE § 50, THE VALUE OF COLLATERAL SECURING CLAIM OF TEXTRON FINANCIAL CORPORATION** has been furnished either electronically or by U.S. First Class, postage prepaid mail to: Celebrity Resorts, LLC, Attn: Jared M Meyers, CEO, 8451 Palm Parkway, Orlando, FL 32836; Martin Stone, General Counsel, Celebrity Resorts, LLC, 8451 Palm Parkway, Orlando, FL 32836; Textron Financial Corporation, c/o Steven E. Fox, Esq., Epstein Becker Green, 250 Park Avenue, New York, NY 10177; the secured creditors and the twenty largest unsecured creditors as shown on the matrix attached to the original of this motion filed with the Court; and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801; and the Local Rule 1007-2 parties-in-interest list this 23rd day of June 2010.

                                                      /s/ Victoria Kothari
                                                      Victoria Kothari, Esq.

```
Label Matrix for local noticing          ASSOCIATION OF APARTMENT OWNERS OF HANALEI B    Aloha Bay Condo Assoc., Inc.
113A-6                                   c/o James E. Foster, Esq.                       8451 Palm Parkway
Case 6:10-bk-03550-ABB                   Post Office Box 231                             Lake Buena Vista, FL 32836-6414
Middle District of Florida               Orlando, FL 32802-0231
Orlando
Wed Jun 23 12:14:32 EDT 2010

Zachary J Bancroft                       John G Bianco III                               Simeon D Brier
Post Office Box 2809                     Tripp Scott PA                                  Edwards Angell Palmer & Dodge LLP
Orlando, FL 32802-2809                   110 SE 6th Street 15th Floor                    1 North Clematis Street
                                         Fort Lauderdale, FL 33301-5004                  Suite 400
                                                                                         West Palm Beach, FL 33401-5552

Brigantine Inn Resort Club               Brigantine Villas                               Andrew M. Brumby
Condo Assoc                              Condo Association                               Shutts & Bowen LLP
8451 Palm Parkway                        8451 Palm Parkway                               Post Office Box 4956
Lake Buena Vista, FL 32836-6414          Lake Buena Vista, FL 32836-6414                 Orlando, FL 32802-4956

Carlton Fields, P.A.                     Celebrity Resorts, LLC                          Jules S Cohen
c/o Hywel Leonard                        8451 Palm Parkway                               Akerman Senterfitt
P.O. Box 3239                            Orlando, FL 32836-6414                          Post Office Box 231
Tampa, FL  33601-3239                                                                    420 South Orange Avenue
                                                                                         Orlando, FL 32801-3313

Concord Servicing Corporation            Crown Linen, LLC                                Dell Financial Services
c/o Jason A. Rosenthal, PA               c/o Roy L. Weinfeld, P.A.                       4284 Collection Center Drive
4798 New Broad Street, Suite 310         800 Brickell Avenue, Suite 1501                 Payment Processing Center
Orlando, FL 32814-6436                   Miami, FL 33131-3040                            Chicago, IL 60693-0001

Dugan Millenia LLC                       Daniel M Eliades                                Ronald M Emanuel
600 E 96Th Street                        Forman, Holt, Eliades & Ravin LLC               Ronald M Emanuel PA
Suite 100/A Attn:Pbmln001                80 Route 4 East, Suite 290                      8751 West Broward Blvd, Suite 100
Indianapolis, IN 46240-3788              Paramus, NJ 07652-2661                          Plantation, FL 33324-2630

Epstein Becker & Green PC                Farmington Bank                                 Farmington Bank f/k/a Farmington Savings Ban
c/o Paul Traub Esq                       c/o Evan S. Goldstein Esq.                      c/o L. William Porter III
250 Park Avenue                          Updike Kelly & Spellacy PC                      Lowndes Drosdick et al.
New York, NY 10177-1211                  P.O. Box 231277                                 P.O. Box 2809
                                         Hartford CT 06123-1277                          Orlando FL 32802-2809

Farmington Bank f/k/a Farmington Savings Ban    Fifth Third Bank                         Flatiron Capital, a division of Wells Fargo
c/o Zachary J. Bancroft, Esq.            c/o W. Glenn Jensen, Esq.                       c/o Ronald M. Emanuel, P.A.
Lowndes Drosdick et al.                  Roetzel & Andress                               8751 West Broward Blvd., Suite 100
P.O. Box 2809                            P.O. Box 6507                                   Plantation, FL 33324-2630
Orlando FL 32802-2809                    Orlando, FL 32802-6507

James E Foster                           Jamie Fowler                                    Steven E Fox
Akerman Senterfitt                       Jonathan James Damonte Chartered                Epstein Becker & Green PC
Post Office Box 231                      12110 Seminole Boulevard                        250 Park Avenue
Orlando, FL 32802-0231                   Largo, FL 33778-2833                            New York, NY 10177-1211

Frazier Park Group                       Robert B Glenn                                  Evan S Goldstein
8414 W. Farm Road                        Glenn Rasmussen Fogarty & Hooker, PA            Updike Kelly & Spellacy PC
Suite 180-444                            100 South Ashley Drive, Suite 1300              Post Office Box 231277
Las Vegas, NV 89131-8170                 Tampa, FL 33602-5309                            Hartford, CT 06123-1277
```

Grand Venezia COA, Inc.
c/o Andrew M. Brumby, Esq.
Shutts & Bowen LLP
300 S. Orange Avenue, Suite 1000
Orlando, FL 32801-5403

Grand Venezia COA, Inc.
c/o Jamie Fowler Wiley
Jonathan James Damonte, Chartered
12110 Seminole Blvd.
Largo, FL 33778-2833

Harbor Club Owners Assoc
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Jennifer Hayes
Foley & Lardner LLP
100 North Tampa Street
Suite 2700
Tampa, FL 33602-5810

Hilltop Resort Owners Assoc
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Stephen C Hunt
Arnstein & Lehr, LLP
200 East Las Olas Blvd, Suite 1700
Ft. Lauderdale, FL 33301-3404

Industrial Property Realty, Inc. / 3701 Vine
c/o Chad S. Paiva, Esq.
250 S. Australian Ave., Suite 700
West Palm Beach, FL 33401-5007

International Escrow Svcs
1100 Peachtree Street NE
Suite 800
Atlanta, GA 30309-4516

Mychal J Katz
Roetzel & Andress LPA
Post Office Box 6507
Orlando, FL 32802-6507

Timothy S Laffredi
135 West Central Blvd Suite 620
Orlando, FL 32801-2476

Leisure Real Estate Mgmt Inc
9200 Cypress Cove Drive
Orlando, FL 32819-4813

Hywel Leonard
Carlton Fields, PA
P O Box 3239
Tampa, FL 33601-3239

David J Lienhart
Roetzel & Andress LPA
420 South Orange Avenue
CNL II - 7th Floor
Orlando, FL 32801-3313

Justin M. Luna
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Ave.
Suite 600
Orlando, FL 32801-1684

Millenia Lakes Development Company, LLC
c/o Wiles and Wiles, LLP
800 Kennesaw Avenue
Suite 400
Marietta, Ga 30060-7946

Victor W Newmark
Wiles & Wiles
800 Kennesaw Avenue
Suite 400
Marietta, GA 30060-7946

Chad S Paiva
Greenspoon Marder  PA
One Clearlake Centre
250 Australian Avenue  Suite 1010
West Palm Beach, FL 33401-5014

Panzl & Company, PA
PO Box 1984
Winter Park, FL 32790-1984

L William Porter III
Lowndes Drosdick Doster Kantor & Reed PA
Post Office Box 2809
Orlando, FL 32802-2809

RBC Bank (USA)
c/o David A. Ray, Esq.
Arnstein & Lehr, LLP
200 E. Las Olas Blvd., Suite 1700
Ft. Lauderdale, FL 33301-3404

RBC Bank (USA)
c/o Stephen C. Hunt, Esq.
Arnstein & Lehr, LLP
200 E. Las Olas Blvd., Suite 1700
Ft. Lauderdale, FL 33301-3404

David A Ray
Arnstein & Lehr LLP
200 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL 33301-3404

Reno Spa Resort
Owners Assoc Inc
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Resort Condominiums International, LLC
c/o Forman Holt Eliades & Ravin LLC
Attn.: Daniel M. Eliades, Esq.
80 Route 4 East, Suite 290
Paramus, NJ 07652-2661

Resort World Of Orlando
Section I, Inc
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Resort World Of Orlando
Section II Inc
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Rocker Fruit Company
4499 W Irlo Bronson Memorial Highway
Kissimmee, FL 34746-5316

Jason A Rosenthal
The Rosenthal Law Firm PA
212 Pasadena Place
Suite A
Orlando, FL 32803-3862

Raymond J Rotella
Kosto & Rotella PA
619 East Washington Street
Orlando, FL 32801-2969

R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

| | | |
|---|---|---|
| Strataforce<br>691 Front Street<br>Suite 220<br>Celebration, FL 34747-4923 | Textron Financial Corp<br>c/o Epstein Becker & Green PC<br>Attn Paul Traub Esq<br>250 Park Ave<br>New York NY 10177-1211 | The Oaks at Resort World<br>Condo Association<br>8451 Palm Parkway<br>Lake Buena Vista, FL 32836-6414 |
| The Spas at Resort World<br>Condo Association<br>8451 Palm Parkway<br>Lake Buena Vista, FL 32836-6414 | The Suites At Steamboat<br>Owners Assoc<br>8451 Palm Parkway<br>Lake Buena Vista, FL 32836-6414 | The Villas At Resort World<br>Condo Association<br>8451 Palm Parkway<br>Lake Buena Vista, FL 32836-6414 |
| United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | VT Inc. as Trustee of World Omni LT<br>c/o John G. Bianco, III, Esquire<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL 33301-5004 | Walley's Property Owners Association<br>c/o Jules S. Cohen, Esq.<br>420 S. Orange Avenue<br>Orlando, FL 32801-3313 |
| Roy L. Weinfeld<br>Roy L Weinfeld PA<br>800 Brickell Avenue, Suite 1501<br>Miami, FL 33131-3040 | End of Label Matrix<br>Mailable recipients    69<br>Bypassed recipients     0<br>Total                  69 | |