# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:

CELEBRITY RESORTS, LLC, *et al.*,

Debtors.

_____/

**CHAPTER 11**

**CASE NO.: 6:10-bk-3550-ABB**

Jointly Administered with Cases
6:10-bk-3551-ABB to 6:10-bk-3585-ABB

Confirmation Hearing Scheduled for
Wednesday, December 22, 2010 at 10:00 a.m

## AFFIDAVIT OF JARED M. MEYERS, CEO
## IN SUPPORT OF CONFIRMATION

STATE OF FLORIDA )
COUNTY OF ORANGE )

Before me personally appeared Jared M. Meyers, CEO, and who, after being duly sworn, deposed and said:[1]

1.      I am the Chief Executive Officer of Celebrity Resorts, LLC, and all of its thirty-five affiliates and related entities, which are also debtors and debtors-in-possession (collectively, hereinafter referred to as the "Debtors").

2.      I have first-hand knowledge and am familiar with the matters described herein, including (a) Debtors' Amended Joint Disclosure Statement, dated November 19, 2010 (the "Disclosure Statement") (Doc No. 422); (b) Debtors' Amended Joint Plan of Reorganization, dated November 19, 2010 ("Plan") (Doc No. 423); and (c) Modifications to Debtors' Amended Joint Plan of Reorganization dated December 21, 2010 ("Modifications") (Doc. No. _____ ).

---

[1]      Terms capitalized in this affidavit shall have the same meaning as used in Debtors' Amended Joint Plan of Reorganization, dated November 19, 2010, and as supplemented by the Modifications to the Amended Joint Plan dated December 21, 2010.

## SIGNIFICANT EVENTS SUBSEQUENT TO FILING CHAPTER 11 PETITIONS

3.     As of Petition Date, the Debtors owned, managed, operated or had contractual rights to resort properties at fourteen (14) Resorts in which various Debtors actively operated, plus had management and marketing rights in three (3) additional resorts, which rights were then in litigation. Since the Petition Date, the Debtors have been continuing to operate their businesses and manage their properties as debtors-in-possession under Sections 1107(a) and 1108 of the Code. Debtors have maintained a good level of profitability since the Petition Date.

4.     Pursuant to various provisions of the Bankruptcy Code, the Debtors have sought and obtained numerous orders from the Bankruptcy Court intended to facilitate the operations of Debtors. Those orders authorized Debtors to, among other things: (i) use cash collateral subject to liens (Doc. Nos. 33, 156, 184, 282, and 312); (ii) continue their cash management programs, bank accounts, and investment practices (Doc. No. 44); (iii) pay certain prepetition Claims, including Claims of employees for wages, salaries and employee benefits (Doc. No. 35); (iv) honor prepetition customer deposits (Doc. No. 31); and (v) granting a compromise of controversy relating to litigation on one of the Debtor's Nevada resorts (Doc. No. 173), all in order to permit the Debtors to conduct their ongoing business substantially as they did prior to the Petition Date and resolve previously pending disputes.

## PLAN OVERVIEW

5.     All Claims against the Reorganized Debtors shall be classified and treated pursuant to the terms of the Plan. All Claims by the Debtors against any other Debtor shall be waived. The Plan contains forty-two (42) Classes of Claims and Interests. There are seven (7) Classes of Secured Claims, two (2) Classes of Unsecured Claims, and thirty-three (33) Classes of Interests. Class 1, Class 2 and Class 3 are Unimpaired. All other Classes of Claims or Interests are Impaired.

6.     On the Effective Date, the Plan provides that Holders of Allowed Administrative Claims will be paid in full. Holders of Allowed Priority Claims, if any, will be paid by the respective Reorganized Debtor, with interest, over a period of five years. All Allowed and Impaired Secured Classes of Claims, except for Fifth-Third Bank, will be given back their respective collateral in full satisfaction of their respective Allowed Claims. All Allowed Unsecured Claims shall be classified in one unsecured class and shall receive a *pro rata* beneficial interest in the Unsecured Note. The Unsecured Note shall be in the amount of $650,000.00 and paid quarterly by the Reorganized Debtor commencing April 15, 2011. Debtors believe that the Unsecured Note will provide a twenty percent (20%) return to Holders of Allowed Unsecured Claims. Additionally, Debtors have agreed to additional benefits for Holders of Allowed Unsecured Claims as set forth *supra*.

7.     Classes 9 through 44 are Equity Interests, which will be canceled upon the Effective Date; and new equity in the Reorganized Debtors will be issued as stated herein. The Reorganized Debtors shall consist of four reorganized limited liability companies. The Reorganized Debtors shall consist of: (i) Management Co.; (ii) Development Co.; (iii) Asset Co.; and (iv) Club Membership Co. Holding Co. shall own 100% of the Reorganized Debtors and Jared M. Meyers and Kristi Meyers (as tenancy by the entirety) shall own 100% of Holding Co. In summary, the Plan contemplates the emergence of the Reorganized Debtors, as listed in **Exhibit "A"** attached hereto, and the continuation of the operation, management and rental of the Resorts located across the United States, with a substantial focus on management and operation of the Resorts.

8.     Management Co. shall consist of all the assets of the following Debtors: (i) Celebrity Resorts Management, LLC; (ii) Celebrity Resorts of Florida Management Company, LLC; (iii) Celebrity Resorts of Colorado Management Company, LLC; (iv) Celebrity Resorts of Nevada Management Company, LLC; (v) Celebrity Resorts of New Jersey Management Company, LLC; (vi) Celebrity Resorts of Las Vegas Management Company, LLC; (vii) Celebrity Resorts Management

Services, LLC; (viii) Venezia CE, LLC; (ix) Celebrity Resorts of Clearwater Management Company, LLC; and (x) Celebrity Resorts Management Services, Inc., including all licenses and registrations necessary of managing entities, as well as the assets of other nondebtor, but affiliated and related entities. Management Co. will provide reservation and management services to consumers or Owner Families in connection with all other operating Reorganized Debtors.

9. Developer Co. shall consist of all the assets of the following Debtors: (i) Celebrity Resorts, LLC; (ii) Celebrity Resorts of Brigantine Beach, LLC; (iii) Celebrity Resorts of Indian Shores, LLC; (iv) Celebrity Resorts of Lake Buena Vista, LLC; (v) Celebrity Resorts of Orlando, LLC; (vi) Celebrity Resorts of Palm Coast, LLC; (vii) Celebrity Resorts of Genoa, LLC; (viii) Celebrity Resorts of Steamboat Springs, LLC; (ix) Celebrity Resorts of Steamboat Springs-Hilltop, LLC; (x) Celebrity Resorts of Reno, LLC; (xi) Celebrity Resorts of Nevada Genoa Management, LLC; (xii) Celebrity Resorts Connections, LLC; (xiii) Celebrity Resorts Reservations, LLC; (xiv) Celebrity Resorts, Inc.; (xv) Celebrity Resorts Sales & Marketing, LLC; (xvi) The Club of Celebrity Resorts, LLC; (xvii) Celebrity Resorts International, L.P.; (xviii) Celebrity Resorts International Management Services, LLC; and (xix) Celebrity Resorts Holding Company, LLC. Developer Co. will own the real property and the respective Resorts and related amenities, will own all developer rights and registrations associated with the Resorts and their operations, will own the sales, marketing and rental rights of the Resorts, together with licensing and registration requirements included therewith, and will otherwise continue to operate as developer for the Resorts.

10. Asset Co. will own all assets of: (i) Optima Financial Services, LLC; (ii) Hilltop Bar & Grill, LLC; (iii) Lucky Duck Café, LLC; and (iv) certain Causes of Action as set forth in the Modifications. Notwithstanding any other provision contained herein, on the Effective Date, Asset Co. will also own and be the holder of each and every liquor license or similar license, certificate, or registration allowing for the sale of alcohol or alcoholic beverage(s), which any Debtor owns or

holds. Lastly, Club Membership Co. shall own all the assets of Celebrity Resorts of Hawley, LLC and shall function similar to an association for its right to use members.

11.    Business Operations and Cash Flow.

The Plan contemplates that the Reorganized Debtors will continue their timeshare resort sales, management, and rental business for the Resorts which are currently owned, in part, by the Debtors' Development of Management Group. The Plan contemplates that the Reorganized Debtors will give back RBC, Textron, and Farmington their collateral as the indubitable equivalent of such secured claims. This transfer will allow the Reorganized Debtors to eliminate a significant amount of debt, continue to operate on a positive cash flow basis, while reducing their expenses related to the annual assessment charges for the Resort properties, all while improving overall customer satisfaction. The Reorganized Debtors anticipate use of a consolidated cash management system. The Debtors believe cash flow from the continued operation and management of the Resorts will be sufficient to meet all required Plan payments.

12.    Substantive Consolidation.

In light of the Debtors' unique corporate structure and conduct of their business affairs, the Debtors recognized early on that an important issue in these Chapter 11 cases would be whether the Debtors' assets and liabilities should be substantively consolidated. The Plan proposes, and its terms embody, the substantive consolidation of the Debtors as set forth herein. Substantive consolidation is an equitable remedy that the Bankruptcy Court may order. In general, substantive consolidation can greatly affect creditor recovery because it pools the assets and liabilities of entities with different debt-to-assets ratios. Therefore, affected parties often enter into protracted and expensive litigation related to substantive consolidation. Based on the facts of these Chapter 11 cases, and applicable case law on the subject, the Debtors believe they would prevail in any litigation over the issue of substantive consolidation.

The Primary factor in a substantive consolidation analysis (as set forth by the 11th Circuit) is whether creditors relied on the separate credit of specific debtors. To the extent creditors looked to the entire enterprise, substantive consolidation is often the appropriate result. In the instant matter, Debtors assert that creditors looked to the generic "Celebrity Resorts" as opposed to any specific Debtor. Moreover, much of the trade debt is booked at the management services level as a common paymaster and, as such, these creditors have a legal obligation from an entity with few assets. Substantive consolidation will benefit most, if not all, unsecured creditors. Substantive consolidation is also warranted due to a common accounting system with numerous inter-company transfers. Creditors are directed to the official claims register and schedules for a review of Claims by each respective Debtor. However, Debtors have not identified any creditor group that is harmed by substantive consolidation.

13. <u>Funds Generated During Chapter 11</u>.

Funds generated from operations until the Effective Date will be used for Plan Payments and continued operations; however, cash on hand as of Confirmation from all Debtors shall be available for Administrative Expenses.

14. <u>Unexpired Leases and Executory Contracts</u>.

The Plan provides that the Debtors shall have through and including the Effective Date within which to assume or reject any unexpired lease or executory contract; and, further, that in the event any such unexpired lease or executory contract is not assumed (or subject to a pending motion to assume) by such date, then such unexpired lease or executory contract shall be deemed rejected. All parties to rejected contracts or lease shall have thirty (30) days from Confirmation to file a rejection damages claim. It is the position of the Debtors that the executory contracts listed in the respective Schedules of Executory Contracts filed pursuant to Rule 1007, are the only executory

contracts to which any of the Debtors were a party on the Petition Date. Creditors are directed to the respective Schedule G's for such contracts.

15.     I have reviewed the Ballot Tabulation and the status of the Impaired Classes under the Plan is summarized in the following table:

| **Class** | **Status** | **Voting Results** |
| --- | --- | --- |
| Class 1 – Pinellas County Tax Collector | Unimpaired | N/A |
| Class 2 – Flagler County Tax Collector | Unimpaired | N/A |
| Class 3 – Orange County Tax Collector | Unimpaired | N/A |
| Class 4 – Farmington Bank | Impaired | Rejects |
| Class 5 – Textron | Impaired | Accepts |
| Class 6 – Fifth-Third Bank | Impaired | Accepts |
| Class 7 – RBC Bank | Impaired | Accepts |
| Class 8 – Grand Venezia COA Inc | Impaired | Accepts |
| Class 9 – General Unsecured Claims | Impaired | Accepts |
| Classes 10 – 45 – Equity Interests | Impaired | Accepts |

## **CONFIRMATION REQUIREMENTS**

16.     I have reviewed the Plan with my attorney who has determined and advised that it complies with the Code.

17.     <u>PLAN COMPLIANCE - SECTION 1129(a)(1)</u>.  The Plan:

     a.     designates Classes of Claims and Interests in accordance with Section 1122 of the Bankruptcy Code;

     b.     specifies Classes that are not impaired and Classes that are impaired;

     c.     specifies the treatment of all Classes that are impaired under the Plan;

     d.     provides the same treatment for each Claim or Interest of a particular Class; and

     e.     provides adequate means, in Article VIII, for the execution of the Plan.

18.     <u>PROPONENT COMPLIANCE - SECTION 1129(a)(2)</u>.  Debtors have complied with all applicable provisions of the Bankruptcy Code.  By way of example, Debtors have:

     a.     performed and complied with the duties imposed under Bankruptcy Code Section 1107;

     b.     solicited acceptances to the Plan only in accordance with Bankruptcy Code Section 1125;

     c.     obtained court orders for the employment of professionals; and

     d.     complied with the Bankruptcy Code and Bankruptcy Rules regarding the use, sale, and lease of property of the estate.

19.     <u>GOOD FAITH - SECTION 1129(a)(3)</u>.  The Plan has been proposed in good faith and, to my knowledge, is not by any means forbidden by law.  The purpose of the Plan is to pay all Classes of Allowed Claims within a reasonable time to the extent of the Debtors' projected available cash flow.

The Plan resulted from arms-length bargaining between Debtors' legal counsel, secured creditors, and the unsecured creditors and critical vendors.

20.    PAYMENTS TO PROFESSIONALS - SECTION 1129(a)(4). All payments made, or to be made, by Debtors in connection with this case or in connection with the Plan either have been approved by or are subject to the approval of the Bankruptcy Court. At the hearing on Confirmation, the Court will determine and, to the extent appropriate, allow as reasonable certain fees and costs of administration.

21.    POST-CONFIRMATION MANAGEMENT - SECTION 1129(a)(5).

a.    Management. The operations of the Reorganized Debtors shall be overseen by its managers and employees, which shall be substantially the same as the management staff as the Debtors. The powers of the managers of the Reorganized Debtors shall be substantially the same as the management team of the Debtors. CEO of all Reorganized Debtors, Mr. Meyers, will also serve as the Manager of Holding Co., and Holding Co. shall in turn serve as Manager of all other Reorganized Debtors. Jared M. Meyers' salary shall not exceed the level existing within one year prior to the Petition Date.

b.    Officers. The Officers of the Respective Reorganized Debtors shall be the same as the Officers of the Debtors as of the Petition Date. Mr. Meyers shall be the manager of Holding Co.

c.    Membership Interests in Reorganized Debtors.

After Confirmation but prior to the Effective Date, Reorganized Debtors shall be formed consistent with the terms set forth herein and as stated *supra*.

22.    GOVERNMENT APPROVAL - SECTION 1129(a)(6). There are no governmental regulatory commissions with jurisdiction after Confirmation of the Plan whose approval is needed.

23.    BEST INTEREST OF CREDITORS - SECTION 1129(a)(7).  With respect to each Impaired Class of Allowed Claims or Interests, each Holder of an Allowed Claim or Interest of such Class has either accepted the Plan or will receive or retain under the Plan on account of such Allowed Claim or Interest property of a value, as of the Effective Date, that is not less than the amount such holder would receive if Debtors were liquidated under Chapter 7 of the Code on such date.  Debtors' costs of liquidation under Chapter 7 would include the fees payable to a trustee in bankruptcy and to any additional attorneys and other professionals engaged by such trustee and any unpaid expenses incurred by Debtors during the Chapter 11 Cases, including compensation of attorneys and accountants.  The additional costs and expenses incurred by a trustee in a Chapter 7 liquidation could be substantial and would decrease the possibility that Unsecured Creditors and holders of Equity Interests would receive meaningful distributions.  The foregoing types of Claims arising from Chapter 7 administration and such other Claims as may arise in Chapter 7 or result from the pending Chapter 11 Cases would be paid in full from the liquidation proceeds before the balance of those proceeds would be made available to pay the Claims of Unsecured Creditors.  Liquidation in Chapter 7 might substantially delay the date at which Creditors would receive any Payment.  The Plan will result in a more certain, expeditious, and better return for all Creditors than would result in a Chapter 7 liquidation.

24.    ACCEPTANCE OR REJECTION OF PLAN - SECTION 1129(a)(8).  There are thirty-nine (39) Impaired Classes of Claims under the Plan.  Attached as **Exhibit "B"** is the Ballot Tabulation setting forth the vote on the Plan.  As evident from the Ballot Tabulation, thirty-eight (38) Impaired Class of Claims have voted in favor of the Plan.

25.    PRIORITY CLAIMS - SECTION 1129(a)(9).  The Plan provides for payment in full of all Allowed Administrative Priority Claims.  Except as otherwise agreed to by the Holder of an Allowed Administrative Claim and the Debtors, the Debtors will pay each holder of an Allowed

Priority Wage Claim the full amount of such Allowed Priority Wage Claim on either the Effective Date or the date on which such Priority Claim becomes allowed. At this time, the Debtors are unaware of any pending Priority Wage Claims. With respect to Professional Fees, such fees shall be payable on the Effective Date or such earlier date as an Order allowing payment of such fees, pursuant to §§ 330, 331, 503(a) or 1103 of the Bankruptcy Code, becomes a Final Order. Article III of the Plan provides that, except to the extent that the Holder and the Debtors have agreed or may agree to a different treatment, each Holder of an Allowed Priority Tax Claim shall receive from the Debtors, in full satisfaction of such Claim, payments based on a five (5) year amortization and maturity at the Confirmation Rate (or in the case of the IRS, I.R.C. §6601 and 6621); payments will commence on the later of the Effective Date, or on such date as a respective Priority Claim becomes.

26.     ACCEPTANCE BY IMPAIRED CLASS - SECTION 1129(a)(10). At least one Impaired Class, Class 5, has accepted the Plan without including acceptances by insiders.

27.     FEASIBILITY - SECTION 1129(a)(11). Debtors have analyzed their ability to meet the obligations created under the Plan. Debtors' projections for the Reorganized Debtors, attached as Exhibit E to the Disclosure Statement, forecast that, under the assumptions contained within the projections, a reasonable likelihood that the Reorganized Debtors will be able to make all payments required pursuant to the Plan and sustain themselves as a viable operating entity. The Debtors believe cash flow from the continued operations of its business will be sufficient to meet required Plan Payments. To my knowledge, the confirmation of the Plan is not likely to be followed by the liquidation of the Reorganized Debtors and will not require further reorganization of the Reorganized Debtors.

28.     TRUSTEE FEES - SECTION 1129(a)(12). The Plan provides for the payment of all fees payable under 28 U.S.C. § 1930 on the Effective Date of the Plan. The only fees potentially owed by Debtors are the United States Trustee's quarterly fee for the fourth quarter of 2010.

29.     RETIREE CLAIMS - SECTION 1129(a)(13).  There are no unsecured claims for contributions to a retiree benefit plan.  Debtors do not have any retiree benefit plans.

30.     OBJECTIONS TO CONFIRMATION.  Under the Plan, any objections to Confirmation were required to have been filed and served by December 15, 2010.  Debtors have received two (2) objections to Confirmation.

    a.     The first objection is by Neil Meyers.

    b.     The second objection is by Hillie Meyers / The Club at Star Island.

Further affiant sayeth not.

**CELEBRITY RESORTS, LLC,** *ET AL.*

By:_____

Jared M. Meyers, CEO

STATE OF FLORIDA        )

COUNTY OF ORANGE       )

Sworn to and subscribed before me this 21st day of December 2010 by JARED M. MEYERS, [ X ] who is personally known to me or [    ] who did provide as proof of identity

_____

AMANDA F. NIZNIK
NOTARY PUBLIC
STATE OF FLORIDA
Comm# DD0952295
Expires 4/14/2013

**[NOTARY SEAL]**

Signature of Person Taking Acknowledgment
Print Name: Amanda F. Niznik
Title:  Notary Public
Serial No. (if any) Comm# DD0952295
Commission Expires: 4/14/2013

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:                                          CHAPTER 11

CELEBRITY RESORTS, LLC, *et al.*,              CASE NO.: 6:10-bk-3550-ABB

                                 Debtors.       Jointly Administered with Cases
_____/                6:10-bk-3551-ABB to 6:10-bk-3585-ABB


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of Affidavit of Jared M. Meyers, CEO, in Support of Confirmation, together with all exhibits, has been furnished by overnight service or hand delivery to: Celebrity Resorts, LLC, Attn: Jared M. Meyers, CEO, 8451 Palm Parkway, Orlando, Florida 32836; Marty A. Stone, Esq., General Counsel, Celebrity Resorts, LLC, 8451 Palm Parkway, Orlando, Florida 32836; Nicholas B Bangos, Esq., 100 S.E. 2nd Street, Suite 2600, Bank of America Tower, Miami, FL 33131; Ben H. Harris, III, Esq., Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP, Courvoisier Centre II, 601 Brickell Key Drive Suite 500, Miami, Florida 33131; and Roy Kobert, Esq., Broad & Cassel, 390 N. Orange Ave., Suite 1400, Orlando, Florida 32801, this 21st day of December, 2010.

                                        /s/ R. Scott Shuker
                                        R. Scott Shuker, Esquire

U:\BKRY\CELEBRITY RESORTS INT\PLDG\CONFIRM APFDVT VERSION3.DOC

Label Matrix for local noticing
113A-6
Case 6:10-bk-03550-ABB
Middle District of Florida
Orlando
Tue Dec 21 14:34:21 EST 2010

ASSOCIATION OF APARTMENT OWNERS OF HANALEI B
c/o James E. Foster, Esq.
Post Office Box 231
Orlando, FL 32802-0231

Aloha Bay Condo Assoc., Inc.
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Zachary J Bancroft
Post Office Box 2809
Orlando, FL 32802-2809

Nicholas B Bangos
100 S.E. 2nd Street
Suite 2600, Bank of America Tower
Miami, FL 33131-2100

John G Bianco III
Tripp Scott PA
110 SE 6th Street 15th Floor
Fort Lauderdale, FL 33301-5004

Simeon D Brier
Edwards Angell Palmer & Dodge LLP
1 North Clematis Street
Suite 400
West Palm Beach, FL 33401-5552

Brigantine Inn Resort Club
Condo Assoc
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Brigantine Villas
Condo Association
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Andrew M. Brumby
Shutts & Bowen LLP
Post Office Box 4956
Orlando, FL 32802-4956

Carlton Fields, P.A.
c/o Hywel Leonard
P.O. Box 3239
Tampa, FL  33601-3239

Carpe Diem Sales & Marketing
c/o Phillip D. Fry
4535 S.W. 34th Street
Orlando, FL 32811-6463

Celebrity Resorts, LLC
8451 Palm Parkway
Orlando, FL 32836-6414

Jules S Cohen
Akerman Senterfitt
Post Office Box 231
420 South Orange Avenue
Orlando, FL 32801-3313

Stewart Cohen
Stewart Cohen PA
1510 East Colonial Drive
Suite 305
Orlando, FL 32803-4790

Concord Servicing Corporation
c/o Jason A. Rosenthal, PA
4798 New Broad Street, Suite 310
Orlando, FL 32814-6436

Chadwick Elton Crews
Shutts & Bowen LLP
300 South Orange Avenue
Suite 1000
Orlando, FL 32801-5403

Crown Linen, LLC
c/o Roy L. Weinfeld, P.A.
800 Brickell Avenue, Suite 1501
Miami, FL 33131-3040

Dell Financial Services
4284 Collection Center Drive
Payment Processing Center
Chicago, IL 60693-0001

Denise D Dell-Powell
Burr & Forman LLP
450 S Orange Avenue
Suite 200
Orlando, FL 32801-3385

Dugan Millenia LLC
600 E 96Th Street
Suite 100/A Attn:Pbmln001
Indianapolis, IN 46240-3788

Daniel M Eliades
Forman, Holt, Eliades & Ravin LLC
80 Route 4 East, Suite 290
Paramus, NJ 07652-2661

Ronald M Emanuel
Ronald M Emanuel PA
8751 West Broward Blvd, Suite 100
Plantation, FL 33324-2630

Epstein Becker & Green PC
c/o Paul Traub Esq
250 Park Avenue
New York, NY 10177-1211

Farmington Bank
c/o Evan S. Goldstein Esq.
Updike Kelly & Spellacy PC
P.O. Box 231277
Hartford CT 06123-1277

Farmington Bank f/k/a Farmington Savings Ban
c/o L. William Porter III
Lowndes Drosdick et al.
P.O. Box 2809
Orlando FL 32802-2809

Farmington Bank f/k/a Farmington Savings Ban
c/o Zachary J. Bancroft, Esq.
Lowndes Drosdick et al.
P.O. Box 2809
Orlando FL 32802-2809

Fifth Third Bank
c/o W. Glenn Jensen, Esq.
Roetzel & Andress
P.O. Box 6507
Orlando, FL 32802-6507

Flatiron Capital, a division of Wells Fargo
c/o Ronald M. Emanuel, P.A.
8751 West Broward Blvd., Suite 100
Plantation, FL 33324-2630

James E Foster
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Jamie Fowler
Jonathan James Damonte Chartered
12110 Seminole Boulevard
Largo, FL 33778-2833

Robert B Glenn
Glenn Rasmussen Fogarty & Hooker, PA
100 South Ashley Drive, Suite 1300
Tampa, FL 33602-5309

Grand Venezia COA, Inc.
c/o Jamie Fowler Wiley
Jonathan James Damonte, Chartered
12110 Seminole Blvd.
Largo, FL 33778-2833

Harbor Club Owners Assoc
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Hilltop Resort Owners Assoc
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

International Escrow Svcs
1100 Peachtree Street NE
Suite 800
Atlanta, GA 30309-4516

Roy S Kobert
Post Office Box 4961
Orlando, FL 32802-4961

Leisure Real Estate Mgmt Inc
9200 Cypress Cove Drive
Orlando, FL 32819-4813

Justin M. Luna
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Ave.
Suite 600
Orlando, FL 32801-1684

James H Monroe
James H. Monroe, P.A.
Post Office Box 540163
Orlando, FL 32854-0163

Steven E Fox
Epstein Becker & Green PC
250 Park Avenue
New York, NY 10177-1211

Evan S Goldstein
Updike Kelly & Spellacy PC
Post Office Box 231277
Hartford, CT 06123-1277

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

Ben H Harris III
Jones Walker
Courvoisier Centre II - Suite 500
601 Brickell Key Drive
Miami, FL 33131-2662

Stephen C Hunt
Arnstein & Lehr, LLP
200 East Las Olas Blvd, Suite 1700
Ft. Lauderdale, FL 33301-3404

Mychal J Katz
Roetzel & Andress LPA
Post Office Box 6507
Orlando, FL 32802-6507

Victoria Kothari
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Hywel Leonard
Carlton Fields, PA
P O Box 3239
Tampa, FL 33601-3239

McDonnel Corp. dba Resort Pool Services
c/o Roger McDonnell
1171 Mesa Verde Court
Clermont, FL 34711-5938

Michael Nardella
Burr & Forman, LLP
450 S. Orange Avenue
Suite 200
Orlando, FL 32801-3385

Frazier Park Group
8414 W. Farm Road
Suite 180-444
Las Vegas, NV 89131-8170

Grand Venezia COA, Inc.
c/o Andrew M. Brumby, Esq.
Shutts & Bowen LLP
300 S. Orange Avenue, Suite 1000
Orlando, FL 32801-5403

Brian T. Hanlon
Brevard County Tax Collector
PO Box 2550
Titusville, FL 32781-2550

Jennifer Hayes
Foley & Lardner LLP
100 North Tampa Street
Suite 2700
Tampa, FL 33602-5810

Industrial Property Realty, Inc. / 3701 Vine
c/o Chad S. Paiva, Esq.
250 S. Australian Ave., Suite 700
West Palm Beach, FL 33401-5007

Jason H Klein
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Timothy S Laffredi
135 West Central Blvd Suite 620
Orlando, FL 32801-2476

David J Lienhart
Roetzel & Andress LPA
420 South Orange Avenue
CNL II - 7th Floor
Orlando, FL 32801-3313

Millenia Lakes Development Company, LLC
c/o Wiles and Wiles, LLP
800 Kennesaw Avenue
Suite 400
Marietta, Ga 30060-7946

Neil Meyers
c/o Ben H. Harris, III
Jones Walker
Courvoisier Centre
601 Brickell Key Dr., Ste. 500
Miami, FL 33131-2699

Victor W Newmark
Wiles & Wiles
800 Kennesaw Avenue
Suite 400
Marietta, GA 30060-7946

Chad S Paiva
Greenspoon Marder  PA
One Clearlake Centre
250 Australian Avenue  Suite 1010
West Palm Beach, FL 33401-5014

Panzl & Company, PA
PO Box 1984
Winter Park, FL 32790-1984

L William Porter III
Lowndes Drosdick Doster Kantor & Reed PA
Post Office Box 2809
Orlando, FL 32802-2809

RBC Bank (USA)
c/o David A. Ray, Esq.
Arnstein & Lehr, LLP
200 E. Las Olas Blvd., Suite 1700
Ft. Lauderdale, FL 33301-3404

RBC Bank (USA)
c/o Stephen C. Hunt, Esq.
Arnstein & Lehr, LLP
200 E. Las Olas Blvd., Suite 1700
Ft. Lauderdale, FL 33301-3404

David A Ray
Arnstein & Lehr LLP
200 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL 33301-3404

Reno Spa Resort
Owners Assoc Inc
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Resort Condominiums International, LLC
c/o Forman Holt Eliades & Ravin LLC
Attn.: Daniel M. Eliades, Esq.
80 Route 4 East, Suite 290
Paramus, NJ 07652-2661

Resort World Of Orlando
Section I, Inc
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Resort World Of Orlando
Section II Inc
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Rocker Fruit Company
4499 W Irlo Bronson Memorial Highway
Kissimmee, FL 34746-5316

Jason A Rosenthal
The Rosenthal Law Firm PA
212 Pasadena Place
Suite A
Orlando, FL 32803-3862

Raymond J Rotella
Kosto & Rotella PA
619 East Washington Street
Orlando, FL 32801-2969

Peter E. Shapiro
Shutts & Bowen LLP
200 East Broward Boulevard
Suite 2100
Fort Laudedale, FL 33301-1972

R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Strataforce
691 Front Street
Suite 220
Celebration, FL 34747-4923

J. Ellsworth Summers Jr.
Rogers Towers, P.A.
1301 Riverplace Blvd. Suite 1500
Jacksonville, FL 32207-1811

Sysco Central Florida, Inc., etc.
c/o Stewart Cohen, Esq.
1510 E. Colonial Drive
Suite 305
Orlando, fL 32803-4734

Systems Products International
c/o Gordon, McCledon, VP
2600 SW 3rd Avenue
Miami, FL 33129-2330

Textron Financial Corp
c/o Epstein Becker & Green PC
Attn Paul Traub Esq
250 Park Ave
New York NY 10177-1211

The Oaks at Resort World
Condo Association
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

The Reno Spa Resort Owners Association
c/o Jeffrey W. Warren, Esq.
PO Box 3913
Tampa, FL 33601-3913

The Spas at Resort World
Condo Association
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

The Suites At Steamboat
Owners Assoc
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

The Villas At Resort World
Condo Association
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

United States Trustee - ORL 11
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

VT Inc. as Trustee of World Omni LT
PO Box 991817
Mobile, AL 36691-8817

VT Inc. as Trustee of World Omni LT
c/o John G. Bianco, III, Esquire
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301-5004

Walley's Property Owners Association
c/o Jules S. Cohen, Esq.
420 S. Orange Avenue
Orlando, FL 32801-3313

```
Jeffrey W. Warren            Roy L. Weinfeld                End of Label Matrix
Bush Ross, P.A.              Roy L Weinfeld PA              Mailable recipients    91
Post Office Box 3913         800 Brickell Avenue, Suite 1501   Bypassed recipients   0
Tampa, FL 33601-3913         Miami, FL 33131-3040          Total                  91
```

## LIST OF DEBTORS UNDER JOINT PLAN OF REORGANIZATION

|     | Debtor | Bkry Case No |
| --- | --- | --- |
| 1. | Celebrity Resorts, LLC (CR) | 6:10-bk-3550 |
| 2. | Celebrity Resorts of Brigantine Beach, LLC (CRBB) (F/K/A Celebrity Resorts of New Jersey, LLC) | 6:10-bk-3551 |
| 3. | Celebrity Resorts of Indian Shores, LLC (CRIS) | 6:10-bk-3552 |
| 4. | Celebrity Resorts of Lake Buena Vista, LLC (CRLBV) | 6:10-bk-3554 |
| 5. | Celebrity Resorts of Orlando, LLC (CRO) | 6:10-bk-3555 |
| 6. | Celebrity Resorts of Palm Coast, LLC (CRPM) | 6:10-bk-3556 |
| 7. | Celebrity Resorts of Reno, LLC (CRR) | 6:10-bk-3557 |
| 8. | Celebrity Resorts of Steamboat Springs, LLC (CRSS) | 6:10-bk-3558 |
| 9. | Celebrity Resorts of Steamboat Springs-Hilltop, LLC (CRSS-H) | 6:10-bk-3559 |
| 10. | Celebrity Resorts Management Services, LLC (CRMS) | 6:10-bk-3560 |
| 11. | Celebrity Resorts Management, LLC (CRM) | 6:10-bk-3561 |
| 12. | Celebrity Resorts of Clearwater Management Company, LLC (CRCWMC) | 6:10-bk-3562 |
| 13. | Celebrity Resorts of Colorado Management Company, LLC (CRCMC) | 6:10-bk-3563 |
| 14. | Celebrity Resorts of Florida Management Company, LLC (CRFMC) | 6:10-bk-3564 |
| 15. | Celebrity Resorts of Genoa, LLC (CRG) | 6:10-bk-3565 |
| 16. | Celebrity Resorts of Hawley, LLC (CRH) | 6:10-bk-3567 |
| 17. | Celebrity Resorts of Las Vegas Management Company, LLC (CRLVMC) | 6:10-bk-3569 |

**EXHIBIT "A"**

| 18. | Celebrity Resorts of Nevada Genoa Management, LLC (CRNGM) | 6:10-bk-3570 |
|---|---|---|
| 19. | Celebrity Resorts of Nevada Management Company, LLC (CRNMC) | 6:10-bk-3571 |
| 20. | Celebrity Resorts of New Jersey Management Company, LLC (CRNJMC) | 6:10-bk-3572 |
| 21. | Celebrity Resorts Connections, LLC (CRC) | 6:10-bk-3573 |
| 22. | Celebrity Resorts Holding Company, LLC (CRHC) | 6:10-bk-3574 |
| 23. | Celebrity Resorts Reservations, LLC (CRR) | 6:10-bk-3575 |
| 24. | Celebrity Resorts Sales & Marketing, LLC (CRSM)  (f/k/a Florida Property Development, LLC) | 6:10-bk-3576 |
| 25. | Hilltop Bar & Grill, LLC (HBG) | 6:10-bk-3577 |
| 26. | Lucky Duck Café, LLC (LD) | 6:10-bk-3578 |
| 27. | Optima Financial Services, LLC (OFS) | 6:10-bk-3579 |
| 28. | The Club of Celebrity Resorts, LLC (CCR) | 6:10-bk-3580 |
| 29. | Venezia CE, LLC (VCE) | 6:10-bk-3581 |
| 30. | Celebrity Resorts International Management Services, LLC (CRIMS) | 6:10-bk-3582 |
| 31. | Celebrity Resorts International, LP (CRI) | 6:10-bk-3583 |
| 32. | Celebrity Resorts Management Services, Inc.(CRMSI) | 6:10-bk-3584 |
| 33. | Celebrity Resorts, Inc.(CR-INC) | 6:10-bk-3585 |

**EXHIBIT "A"**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                    CHAPTER 11

**CELEBRITY RESORTS, LLC,**                **CASE NO.: 6:10-bk-3550-ABB**

        **Debtor.**         **Jointly Administered with Cases**
_____/                 **6:10-bk-3551-ABB to 6:10-bk-3585-ABB**

HEARING ON CONFIRMATION SCHEDULED
FOR WEDNESDAY, DECEMBER 22, 2010 AT 10:00 AM

## AMENDED BALLOT TABULATION

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|-------|-------------------------------|------|
| 1 | <u>Pinellas County Tax Collector</u><br>$ | NO VOTE NEEDED |
|   | Number of Votes: | 0 |
|   | Number of Votes Accepting: | 0 |
|   | Dollar Amount of Votes: | $0 |
|   | Dollar Amount of Votes Accepting: | $0 |
|   | % of Votes Accepting: | 0% |
|   | % of Dollar Amounts Accepting: | 0% |
|   | Impaired Class: | No |
|   | Requisite Vote: | No |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|-------|-------------------------------|------|
| 2 | <u>Flagler County Tax Collector</u><br>$ | NO VOTE NEEDED |
|   | Number of Votes: |  |
|   | Number of Votes Accepting: |  |
|   | Dollar Amount of Votes: | $ |
|   | Dollar Amount of Votes Accepting: | $ |
|   | % of Votes Accepting: | 0% |
|   | % of Dollar Amounts Accepting: | 0% |
|   | Impaired Class: | No |
|   | Requisite Vote: | No |

**EXHIBIT "B"**

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 3 | <u>Orange County Tax Collector</u><br>$ | NO VOTE NEEDED |
| | Number of Votes: | |
| | Number of Votes Accepting: | |
| | Dollar Amount of Votes: | $ |
| | Dollar Amount of Votes Accepting: | $ |
| | % of Votes Accepting: | 0% |
| | % of Dollar Amounts Accepting: | 0% |
| | Impaired Class: | No |
| | Requisite Vote: | No |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 4 | <u>Farmington Bank (by Neil Meyer, as assignee)</u><br>$4,942,241.51 | REJECTS |
| | Number of Votes: | 1 |
| | Number of Votes Accepting: | 0 |
| | Dollar Amount of Votes: | $4,942,241.51 |
| | Dollar Amount of Votes Accepting: | $0 |
| | % of Votes Accepting: | 0% |
| | % of Dollar Amounts Accepting: | 0% |
| | Impaired Class: | Yes |
| | Requisite Vote: | No |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|---|---|---|
| 5 | <u>Textron</u><br>$10,649,938.23 | ACCEPTS |
| | Number of Votes: | 1 |
| | Number of Votes Accepting: | 1 |
| | Dollar Amount of Votes: | $10,649,938.23 |
| | Dollar Amount of Votes Accepting: | $10,649,938.23 |
| | % of Votes Accepting: | 100% |
| | % of Dollar Amounts Accepting: | 100% |
| | Impaired Class: | Yes |
| | Requisite Vote: | Yes |

**EXHIBIT "B"**

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|-------|------------------------------|------|
| 6 | Fifth-Third Bank[1]<br>$3,130,654.01 | ACCEPTS |
| | Number of Votes: | 1 |
| | Number of Votes Accepting: | 1 |
| | Dollar Amount of Votes: | $3,130,654.01 |
| | Dollar Amount of Votes Accepting: | $3,130,654.01 |
| | % of Votes Accepting: | 100% |
| | % of Dollar Amounts Accepting: | 100% |
| | Impaired Class: | Yes |
| | Requisite Vote: | Yes |

| CLASS | CREDITOR<br>Amount Per Ballot | VOTE |
|-------|------------------------------|------|
| 7 | RBC Bank[1]<br>$1,113,177.00 | ACCEPTS |
| | Number of Votes: | 1 |
| | Number of Votes Accepting: | 1 |
| | Dollar Amount of Votes: | $1,113,177.00 |
| | Dollar Amount of Votes Accepting: | $1,113,177.00 |
| | % of Votes Accepting: | 100% |
| | % of Dollar Amounts Accepting: | 100% |
| | Impaired Class: | Yes |
| | Requisite Vote: | Yes |

[1]     Pursuant to agreements between the parties to be set forth in Debtors' Modifications to Amended Plan to be filed on December 21, 2010.

**EXHIBIT "B"**

| CLASS | CREDITOR | VOTE |
|-------|----------|------|
|       | Amount Per Ballot | |
| 8 | Grand Venezia COA, Inc | |
|   | $50,000.00 | ACCEPTS |
|   | Number of Votes: | 1 |
|   | Number of Votes Accepting: | 1 |
|   | Dollar Amount of Votes: | $50,000.00 |
|   | Dolloar Amount of Votes Accepting: | $50,000.00 |
|   | % of Votes Accepting: | 100% |
|   | % of Dollar Amounts Accepting: | 100% |
|   | Impaired Class: | Yes |
|   | Requisite Vote: | Yes |

| CLASS | CREDITOR | VOTE |
|-------|----------|------|
|       | Amount Per Ballot | |
| 9 | General Unsecured Claims | |
|   | $8,385,888.81 | ACCEPTS |
|   | Number of Votes: | 148 |
|   | Number of Votes Accepting: | 133 |
|   | Dollar Amount of Votes: | $8,385,888.81 |
|   | Dolloar Amount of Votes Accepting: | $8,287,381.56 |
|   | % of Votes Accepting: | 89.9% |
|   | % of Dollar Amounts Accepting: | 98.8% |
|   | Impaired Class: | Yes |
|   | Requisite Vote: | Yes |

| CLASS | CREDITOR | VOTE |
|-------|----------|------|
|       | Amount Per Ballot | |
| 10 - 45 | Equity Interests | |
|   |  | ACCEPTS |
|   | Number of Votes: | 36 |
|   | Number of Votes Accepting: | 36 |
|   | Dollar Amount of Votes: | N/A |
|   | Dollar Amount of Votes Accepting: | N/A |
|   | % of Votes Accepting: | 100% |
|   | % of Dollar Amounts Accepting: | N/A |
|   | Impaired Class: | Yes |
|   | Requisite Vote: | Yes |

**EXHIBIT "B"**

The exact vote, by creditor, is attached to this Tabulation as **Exhibit A**.

**DATED** this 20th day of December 2010.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:                                    CHAPTER 11

**CELEBRITY RESORTS, LLC,**                CASE NO.: 6:10-bk-3550-ABB

           **Debtor.**     **Jointly Administered with Cases**
_____/        **6:10-bk-3551-ABB to 6:10-bk-3585-ABB**

                                                     **HEARING ON CONFIRMATION SCHEDULED**
                                                     **FOR WEDNESDAY, DECEMBER 22, 2010 AT 10:00 AM**

## Certificate of Service

**I HEREBY CERTIFY** that a true copy of Ballot Tabulation, together with all exhibits, has been furnished by electronic and/or U.S. first-class mail, postage prepaid, to: Celebrity Resorts, LLC, Attn: Jared M. Meyers, CEO, 8451 Palm Parkway, Orlando, Florida 32836; Marty A. Stone, Esq., General Counsel, Celebrity Resorts, LLC, 8451 Palm Parkway, Orlando, Florida 32836; Nicholas B Bangos, Esq., 100 S.E. 2nd Street, Suite 2600, Bank of America Tower, Miami, FL 33131; Ben H. Harris, III, Esq., Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP, Courvoisier Centre II, 601 Brickell Key Drive Suite 500, Miami, Florida 33131; the Local Rule 1007-2 Parties-in-Interest List, as shown on the matrix attached to the original of this affidavit filed with the Court; and United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801 this 20th day of December 2010.

                                       /s/ R. Scott Shuker
                                       R. Scott Shuker, Esquire



**EXHIBIT "B"**     U:\Bkry\Celebrity Resorts Int\Pldg\ballot tab.wpd

Label Matrix for local noticing
113A-6
Case 6:10-bk-03550-ABB
Middle District of Florida
Orlando
Mon Dec 20 16:31:27 EST 2010

ASSOCIATION OF APARTMENT OWNERS OF HANALEI B
c/o James E. Foster, Esq.
Post Office Box 231
Orlando, FL 32802-0231

Aloha Bay Condo Assoc., Inc.
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Zachary J Bancroft
Post Office Box 2809
Orlando, FL 32802-2809

Nicholas B Bangos
100 S.E. 2nd Street
Suite 2600, Bank of America Tower
Miami, FL 33131-2100

John G Bianco III
Tripp Scott PA
110 SE 6th Street 15th Floor
Fort Lauderdale, FL 33301-5004

Simeon D Brier
Edwards Angell Palmer & Dodge LLP
1 North Clematis Street
Suite 400
West Palm Beach, FL 33401-5552

Brigantine Inn Resort Club
Condo Assoc
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Brigantine Villas
Condo Association
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Andrew M. Brumby
Shutts & Bowen LLP
Post Office Box 4956
Orlando, FL 32802-4956

Carlton Fields, P.A.
c/o Hywel Leonard
P.O. Box 3239
Tampa, FL  33601-3239

Carpe Diem Sales & Marketing
c/o Phillip D. Fry
4535 S.W. 34th Street
Orlando, FL 32811-6463

Celebrity Resorts, LLC
8451 Palm Parkway
Orlando, FL 32836-6414

Jules S Cohen
Akerman Senterfitt
Post Office Box 231
420 South Orange Avenue
Orlando, FL 32801-3313

Stewart Cohen
Stewart Cohen PA
1510 East Colonial Drive
Suite 305
Orlando, FL 32803-4790

Concord Servicing Corporation
c/o Jason A. Rosenthal, PA
4798 New Broad Street, Suite 310
Orlando, FL 32814-6436

Chadwick Elton Crews
Shutts & Bowen LLP
300 South Orange Avenue
Suite 1000
Orlando, FL 32801-5403

Crown Linen, LLC
c/o Roy L. Weinfeld, P.A.
800 Brickell Avenue, Suite 1501
Miami, FL 33131-3040

Dell Financial Services
4284 Collection Center Drive
Payment Processing Center
Chicago, IL 60693-0001

Denise D Dell-Powell
Burr & Forman LLP
450 S Orange Avenue
Suite 200
Orlando, FL 32801-3385

Dugan Millenia LLC
600 E 96Th Street
Suite 100/A Attn:Pbmln001
Indianapolis, IN 46240-3788

Daniel M Eliades
Forman, Holt, Eliades & Ravin LLC
80 Route 4 East, Suite 290
Paramus, NJ 07652-2661

Ronald M Emanuel
Ronald M Emanuel PA
8751 West Broward Blvd, Suite 100
Plantation, FL 33324-2630

Epstein Becker & Green PC
c/o Paul Traub Esq
250 Park Avenue
New York, NY 10177-1211

Farmington Bank
c/o Evan S. Goldstein Esq.
Updike Kelly & Spellacy PC
P.O. Box 231277
Hartford CT 06123-1277

Farmington Bank f/k/a Farmington Savings Ban
c/o L. William Porter III
Lowndes Drosdick et al.
P.O. Box 2809
Orlando FL 32802-2809

Farmington Bank f/k/a Farmington Savings Ban
c/o Zachary J. Bancroft, Esq.
Lowndes Drosdick et al.
P.O. Box 2809
Orlando FL 32802-2809

Fifth Third Bank
c/o W. Glenn Jensen, Esq.
Roetzel & Andress
P.O. Box 6507
Orlando, FL 32802-6507

Flatiron Capital, a division of Wells Fargo
c/o Ronald M. Emanuel, P.A.
8751 West Broward Blvd., Suite 100
Plantation, FL 33324-2630

James E Foster
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

**EXHIBIT "B"**

Jamie Fowler
Jonathan James Damonte Chartered
12110 Seminole Boulevard
Largo, FL 33778-2833

Steven E Fox
Epstein Becker & Green PC
250 Park Avenue
New York, NY 10177-1211

Frazier Park Group
8414 W. Farm Road
Suite 180-444
Las Vegas, NV 89131-8170

Robert B Glenn
Glenn Rasmussen Fogarty & Hooker, PA
100 South Ashley Drive, Suite 1300
Tampa, FL 33602-5309

Evan S Goldstein
Updike Kelly & Spellacy PC
Post Office Box 231277
Hartford, CT 06123-1277

Grand Venezia COA, Inc.
c/o Andrew M. Brumby, Esq.
Shutts & Bowen LLP
300 S. Orange Avenue, Suite 1000
Orlando, FL 32801-5403

Grand Venezia COA, Inc.
c/o Jamie Fowler Wiley
Jonathan James Damonte, Chartered
12110 Seminole Blvd.
Largo, FL 33778-2833

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

Brian T. Hanlon
Brevard County Tax Collector
PO Box 2550
Titusville, FL 32781-2550

Harbor Club Owners Assoc
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Ben H Harris III
Jones Walker
Courvoisier Centre II - Suite 500
601 Brickell Key Drive
Miami, FL 33131-2662

Jennifer Hayes
Foley & Lardner LLP
100 North Tampa Street
Suite 2700
Tampa, FL 33602-5810

Hilltop Resort Owners Assoc
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Stephen C Hunt
Arnstein & Lehr, LLP
200 East Las Olas Blvd, Suite 1700
Ft. Lauderdale, FL 33301-3404

Industrial Property Realty, Inc. / 3701 Vine
c/o Chad S. Paiva, Esq.
250 S. Australian Ave., Suite 700
West Palm Beach, FL 33401-5007

International Escrow Svcs
1100 Peachtree Street NE
Suite 800
Atlanta, GA 30309-4516

Mychal J Katz
Roetzel & Andress LPA
Post Office Box 6507
Orlando, FL 32802-6507

Jason H Klein
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Roy S Kobert
Post Office Box 4961
Orlando, FL 32802-4961

Victoria Kothari
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Timothy S Laffredi
135 West Central Blvd Suite 620
Orlando, FL 32801-2476

Leisure Real Estate Mgmt Inc
9200 Cypress Cove Drive
Orlando, FL 32819-4813

Hywel Leonard
Carlton Fields, PA
P O Box 3239
Tampa, FL 33601-3239

David J Lienhart
Roetzel & Andress LPA
420 South Orange Avenue
CNL II - 7th Floor
Orlando, FL 32801-3313

Justin M. Luna
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Ave.
Suite 600
Orlando, FL 32801-1684

McDonnel Corp. dba Resort Pool Services
c/o Roger McDonnell
1171 Mesa Verde Court
Clermont, FL 34711-5938

Millenia Lakes Development Company, LLC
c/o Wiles and Wiles, LLP
800 Kennesaw Avenue
Suite 400
Marietta, Ga 30060-7946

James H Monroe
James H. Monroe, P.A.
Post Office Box 540163
Orlando, FL 32854-0163

Michael Nardella
Burr & Forman, LLP
450 S. Orange Avenue
Suite 200
Orlando, FL 32801-3385

Neil Meyers
c/o Ben H. Harris, III
Jones Walker
Courvoisier Centre
601 Brickell Key Dr., Ste. 500
Miami, FL 33131-2699

**EXHIBIT "B"**

Victor W Newmark
Wiles & Wiles
800 Kennesaw Avenue
Suite 400
Marietta, GA 30060-7946

Chad S Paiva
Greenspoon Marder PA
One Clearlake Centre
250 Australian Avenue  Suite 1010
West Palm Beach, FL 33401-5014

Panzl & Company, PA
PO Box 1984
Winter Park, FL 32790-1984

L William Porter III
Lowndes Drosdick Doster Kantor & Reed PA
Post Office Box 2809
Orlando, FL 32802-2809

RBC Bank (USA)
c/o David A. Ray, Esq.
Arnstein & Lehr, LLP
200 E. Las Olas Blvd., Suite 1700
Ft. Lauderdale, FL 33301-3404

RBC Bank (USA)
c/o Stephen C. Hunt, Esq.
Arnstein & Lehr, LLP
200 E. Las Olas Blvd., Suite 1700
Ft. Lauderdale, FL 33301-3404

David A Ray
Arnstein & Lehr LLP
200 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL 33301-3404

Reno Spa Resort
Owners Assoc Inc
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Resort Condominiums International, LLC
c/o Forman Holt Eliades & Ravin LLC
Attn.: Daniel M. Eliades, Esq.
80 Route 4 East, Suite 290
Paramus, NJ 07652-2661

Resort World Of Orlando
Section I, Inc
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Resort World Of Orlando
Section II Inc
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Rocker Fruit Company
4499 W Irlo Bronson Memorial Highway
Kissimmee, FL 34746-5316

Jason A Rosenthal
The Rosenthal Law Firm PA
212 Pasadena Place
Suite A
Orlando, FL 32803-3862

Raymond J Rotella
Kosto & Rotella PA
619 East Washington Street
Orlando, FL 32801-2969

Peter E. Shapiro
Shutts & Bowen LLP
200 East Broward Boulevard
Suite 2100
Fort Laudedale, FL 33301-1972

R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Strataforce
691 Front Street
Suite 220
Celebration, FL 34747-4923

J. Ellsworth Summers Jr.
Rogers Towers, P.A.
1301 Riverplace Blvd. Suite 1500
Jacksonville, FL 32207-1811

Sysco Central Florida, Inc., etc.
c/o Stewart Cohen, Esq.
1510 E. Colonial Drive
Suite 305
Orlando, fL 32803-4734

Systems Products International
c/o Gordon, McCledon, VP
2600 SW 3rd Avenue
Miami, FL 33129-2330

Textron Financial Corp
c/o Epstein Becker & Green PC
Attn Paul Traub Esq
250 Park Ave
New York NY 10177-1211

The Oaks at Resort World
Condo Association
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

The Reno Spa Resort Owners Association
c/o Jeffrey W. Warren, Esq.
PO Box 3913
Tampa, FL 33601-3913

The Spas at Resort World
Condo Association
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

The Suites At Steamboat
Owners Assoc
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

The Villas At Resort World
Condo Association
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

VT Inc. as Trustee of World Omni LT
PO Box 991817
Mobile, AL 36691-8817

VT Inc. as Trustee of World Omni LT
c/o John G. Bianco, III, Esquire
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301-5004

Walley's Property Owners Association
c/o Jules S. Cohen, Esq.
420 S. Orange Avenue
Orlando, FL 32801-3313

Jeffrey W. Warren
Bush Ross, P.A.
Post Office Box 3913
Tampa, FL 33601-3913

## EXHIBIT "B"

```
Roy L. Weinfeld                    End of Label Matrix
Roy L Weinfeld PA                  Mailable recipients    90
800 Brickell Avenue, Suite 1501    Bypassed recipients     0
Miami, FL 33131-3040               Total                  90
```

**EXHIBIT "B"**

# CELEBRITY RESORTS, LLC, *ET AL.*
## CASES NO. 6:10-bk-3550-ABB thru 6:10-bk-3585-ABB

## EXHIBIT A - BALLOT TABULATION

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | |
|---|---|---|---|---|
| 1 | Pinellas County Tax Collector | | | Unimpaired |
| 2 | Flagler County Tax Collector | | | Unimpaired |
| 3 | Orange County Tax Collector | | | Unimpaired |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | |
|---|---|---|---|---|
| 4 | Farmington Bank (by Neil Meyer, as assignee) | REJECTS | $4,942,241.51 | Impaired |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | |
|---|---|---|---|---|
| 5 | Textron | ACCEPTS | $10,649,938.23 | Impaired |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | |
|---|---|---|---|---|
| 6 | Fifth-Third Bank[1] | ACCEPTS | $3,130,654.01 | Impaired |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | |
|---|---|---|---|---|
| 7 | RBC Bank[1] | ACCEPTS | $1,113,177.00 | Impaired |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | |
|---|---|---|---|---|
| 8 | Grand Venezia COA, Inc | ACCEPTS | $50,000.00 | Impaired |

---

[1] Pursuant to agreements between the parties to be set forth in Debtors' Modifications to Amended Plan to be filed on December 21, 2010.

| CLASS | CREDITOR | ACCEPTS | CLAIM AMOUNT | REJECTS | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|---|---|
| 9 | **GENERAL UNSECURED CLAIMS** | | | | | |
| 9 | Abbott Printing | X | $8,187.49 | | | |
| 9 | Advanced Communications | X | $2,114.56 | | | |
| 9 | Aloha Bay Condo Assoc | X | $142,044.00 | | | |
| 9 | Aloha Bay Condo Assoc | X | $8,338.00 | | | |
| 9 | Aloha Bay Condo Assoc | X | $1,188.00 | | | |
| 9 | American Express Travel | X | $24,842.92 | | | |
| 9 | American Quick Sign | X | $788.10 | | | |
| 9 | Antas, E&S | X | $3,497.00 | | | nc |
| 9 | Averett Warmus | X | $5,500.00 | | | |
| 9 | Babyor, R | X | $21,000.00 | | | nc |
| 9 | Beach, Douglas | X | $6,104.00 | | | nc |
| 9 | Bell, Dennis | X | $661.50 | | | |
| 9 | Bene, A&D | | | X | $6,950.00 | wc-14 |
| 9 | Bennett, N | X | $4,500.00 | | | nc |
| 9 | Big 10 Tire #72 | | | X | $84.13 | |
| 9 | Blue Ribbon Meats | X | $2,543.48 | | | wc |
| 9 | Bradford, Wm | X | $2,425.00 | | | wc-26 |

2

| CLASS | CREDITOR | ACCEPTS | CLAIM AMOUNT | REJECTS | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|---|---|
| 9 | Brigantine Inn Resort Club Condo Assoc | X | $478,791.00 | | | |
| 9 | Brigantine Inn Resort Club Condo Assoc | X | $7,523.00 | | | |
| 9 | Brigantine Inn Resort Club Condo Assoc | X | $512.00 | | | |
| 9 | Brigantine Villas Condo Assoc | X | $80,038.00 | | | |
| 9 | Brigantine Villas Condo Assoc | X | $1,458.00 | | | |
| 9 | Brigantine Villas Condo Assoc | X | $95.00 | | | |
| 9 | Bush Ross | X | $9,758.34 | | | |
| 9 | Carlton Fields | X | $3,070.00 | | | wc |
| 9 | Carpe Diem Sales & Marketing | X | $15,800.00 | | | |
| 9 | CFL Partners | X | $0.00 | | | |
| 9 | Clark, J | X | $20,000.00 | | | nc |
| 9 | Clark, Peter | X | $6,000.00 | | | |
| 9 | Coleman, D | | | X | $0.00 | na |
| 9 | Craun, J | X | $0.00 | | | nc, na |
| 9 | Dambman, J | X | $0.00 | | | wc-26, na |
| 9 | Dance, C&H | X | $0.00 | | | nc, na |
| 9 | Daviston, D&A | X | $650,000.00 | | | |
| 9 | Dobrosky | X | $2,000.00 | | | |
| 9 | Doninger, J&R | X | $6,000.00 | | | nc |
| 9 | Donney, R&S | X | $0.00 | | | nc, na |
| 9 | Dumonson, J | X | $8,991.00 | | | nc |

3

| CLASS | CREDITOR | ACCEPTS | CLAIM AMOUNT | REJECTS | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|---|---|
| 9 | Ecton, Shiela | | | X | $5,306.00 | wc-10 |
| 9 | Edwards, R&B | X | $0.00 | | | wc-15, na |
| 9 | Emerson Communications | X | $790.00 | | | |
| 9 | ENS Corp | X | $5,000.00 | | | lf |
| 9 | EZ Yield.com | X | $2,683.00 | | | |
| 9 | Fahrenkamp, E&P | X | $3,397.16 | | | |
| 9 | Freeman, W&D | X | $0.00 | | | wr, na |
| 9 | Gallagher, E&S | X | $0.00 | | | nc, na |
| 9 | Gearhart, C | X | $1,000.00 | | | |
| 9 | George, A | | | X | $6,000.00 | nc |
| 9 | Gibbs, A | X | $30,000.00 | | | nc |
| 9 | Grady, R&E | X | $8,000.00 | | | wc |
| 9 | Green, Christina/Al-Amin, Abdul | X | $5,185.00 | | | lf |
| 9 | Hanalei Bay Resort AOA/Nicholl | | | X | $14,741.06 | |
| 9 | Hanalei Bay Resort AOA/Finch | | | X | $14,741.06 | |
| 9 | Harbor Club Owners Assoc | X | $3,171.00 | | | |
| 9 | Harbor Linen LLC | X | $3,120.40 | | | |
| 9 | Hilltop Resort Owners Assoc | X | $381,294.00 | | | |
| 9 | Hilltop Resort Owners Assoc | X | $4,914.00 | | | |
| 9 | Hilltop Resort Owners Assoc | X | $1,511.00 | | | |
| 9 | Hoffman, W (Morgan Smith Financial Svcs) | X | $0.00 | | | nc, na |
| 9 | Jackson Lewis | X | $5,115.00 | | | |

4

**EXHIBIT "B"**

| CLASS | CREDITOR | ACCEPTS | CLAIM AMOUNT | REJECTS | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|---|---|
| 9 | Johnson, K&B | X | $847.43 | | | |
| 9 | Jones, R&N | X | $10,588.00 | | | wc-10 |
| 9 | Kauai Whole Foods | X | $894.35 | | | wc-13 |
| 9 | Kelley, R&C | X | $0.00 | | | nc, na |
| 9 | Kucer, Cheryl | X | $0.00 | | | nc, na |
| 9 | La Piazza Café | X | $1,000.00 | | | nc |
| 9 | Lappert's Inc | X | $181.51 | | | nc |
| 9 | Leahan, C&C | X | $5,633.33 | | | wc-10 |
| 9 | Leisure Real Estate Mgmt | X | $604.44 | | | |
| 9 | Lenz, F&C | X | $5,000.00 | | | nc |
| 9 | Lindholm, B | X | $5,447.27 | | | |
| 9 | Lipper, L&M | | | X | $6,800.00 | wc-26 (sp?) |
| 9 | List, L&L | X | $4,396.70 | | | |
| 9 | Maloney, E&N | X | $6,124.00 | | | nc |
| 9 | Marquis, Rollin | X | $0.00 | | | nc, na |
| 9 | McDonnell, R | X | $5,534.00 | | | |
| 9 | Meyers, J | X | contingent | | | |
| 9 | Meyers, J | X | $3,466.00 | | | |
| 9 | Meyers, J | X | $2,214,483.00 | | | |
| 9 | Meyers, J&K | X | $413,878.70 | | | |
| 9 | Miller, S | X | $18,000.00 | | | nc |
| 9 | Nally, T | | | X | $4,000.00 | wc-26 |

5

| CLASS | CREDITOR | ACCEPTS | CLAIM AMOUNT | REJECTS | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|---|---|
| 9 | Nielson | | | X | $0.00 | nc, na |
| 9 | O'Connor, N&P | | | X | $18,890.00 | wc-10 |
| 9 | Pan American Flooring Svcs | X | $1,876.82 | | | |
| 9 | Pate, T&R | X | $7,500.00 | | | wc-10 |
| 9 | Picciano, A | X | $212.59 | | | |
| 9 | RBC Bank | X | $1,113,177.00 | | | |
| 9 | RCI | X | $13,849.43 | | | |
| 9 | Randy/Allen | X | $5,380.00 | | | wc-15 |
| 9 | Reno Spa Resort Owners Assoc | X | $163,440.00 | | | |
| 9 | Reno Spa Resort Owners Assoc | X | $3,890.00 | | | |
| 9 | Reno Spa Resort Owners Assoc | X | $659.00 | | | |
| 9 | Resort World of Orlando Section I | X | $54,352.00 | | | |
| 9 | Resort World of Orlando Section II | X | $302,600.00 | | | |
| 9 | Resort World of Orlando Section I | X | $11,465.00 | | | |
| 9 | Resort World of Orlando Section II | X | $7,543.00 | | | |
| 9 | Resort World of Orlando Section I | X | $725.00 | | | |
| 9 | Resort World of Orlando Condo Section II | X | $3,020.00 | | | |
| 9 | Rocker Fruit | X | $37,567.34 | | | |
| 9 | Rose, Susan | | | X | $0.00 | nc, na |
| 9 | Rumin, V&H | X | $3,108.00 | | | nc |
| 9 | Savage, P&E | X | $4,855.00 | | | nc |

6

**EXHIBIT "B"**

| CLASS | CREDITOR | ACCEPTS | CLAIM AMOUNT | REJECTS | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|---|---|
| 9 | Saxton, S&S | X | $17,000.00 | | | wc-10 |
| 9 | Schauss, D | X | $3,401.00 | | | nc |
| 9 | Scheele, T | | | X | $12,000.00 | wc |
| 9 | Schroeder Wheeler | X | $5,490.62 | | | |
| 9 | Shure, Janet/Gwennap, Audrey | X | $0.00 | | | nc, na |
| 9 | Siemer, L&G | X | $0.00 | | | wc-8, na |
| 9 | Sletten, Paul | X | $0.00 | | | nc, na |
| 9 | Somerville, P | | | X | $0.00 | na |
| 9 | Strataforce | X | $597,427.00 | | | |
| 9 | Summit Broadband | X | $5,706.66 | | | |
| 9 | Swire Coca Cola | X | $174.79 | | | |
| 9 | Sysco Central Florida | X | $2,370.20 | | | |
| 9 | Systems Products Int'l | X | $0.00 | | | na |
| 9 | Taylor, H&R | | | X | $8,995.00 | wc-21 |
| 9 | Taylor, L | X | $15,000.00 | | | nc |
| 9 | Tell Industries | X | $539.79 | | | lf |
| 9 | The Harbor Club Owners Assoc | X | $265,920.00 | | | |
| 9 | The Harbor Club Owners Assoc | X | $2,803.00 | | | |
| 9 | The Oaks at Resort World Condo Assoc | X | $89,090.00 | | | |
| 9 | The Oaks at Resort World Condo Assoc | X | $6,517.00 | | | |
| 9 | The Oaks at Resort World Condo Assoc | X | $2,496.00 | | | |

7

**EXHIBIT "B"**

| CLASS | CREDITOR | ACCEPTS | CLAIM AMOUNT | REJECTS | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|---|---|
| 9 | The Spas at Resort World Condo Assoc | X | $114,192.00 | | | |
| 9 | The Spas at Resort World Condo Assoc | X | $19,943.00 | | | |
| 9 | The Spas at Resort World Condo Assoc | X | $6,281.00 | | | |
| 9 | The Suites at Steamboat Owners Assoc | X | $502,700.00 | | | |
| 9 | The Suites of Steamboat Owners Assoc | X | $4,735.00 | | | |
| 9 | The Suites at Steamboat Owners Assoc | X | $1,618.00 | | | |
| 9 | The Villas at Resort World Condo Assoc | X | $82,296.00 | | | |
| 9 | The Villas at Resort World Condo Assoc | X | $8,987.00 | | | |
| 9 | The Villas at Resort World Condo Assoc | X | $1,930.00 | | | |
| 9 | Thomas, O | X | $15,000.00 | | | |
| 9 | Ticor Title | X | $6,629.30 | | | |
| 9 | Timoni, V | X | $7,700.00 | | | nc |
| 9 | Trend Supply | X | $536.67 | | | |
| 9 | Vacation Planners | X | $33,250.00 | | | |
| 9 | Verizon | X | $5,269.24 | | | |
| 9 | Verizon | X | $4,942.53 | | | |
| 9 | Verizon Wireless | X | $848.35 | | | |

**EXHIBIT "B"**

| CLASS | CREDITOR | ACCEPTS | CLAIM AMOUNT | REJECTS | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|---|---|
| 9 | Volpert, J&P | X | $5,995.00 | | | wc-21 |
| 9 | Wagner, W | X | $4,995.00 | | | |
| 9 | Williams, R&T | X | $9,850.00 | | | |
| 9 | Wilmar/Interline Brands | X | $497.55 | | | nc |
| 9 | Wykle, J&H | X | $17,000.00 | | | wc-10 |
| 9 | Yeaton, M | X | $8,000.00 | | | wc-10 |
| 9 | Yono, M&H | X | $0.00 | | | nc, na |
| | | | | | $98,507.25 | |
| | | | $8,287,381.56 | | | |

TOTAL VALID VOTE: 148

ACCEPTS: 133
REJECTS: 15

% VOTE:

ACCEPTS: 89.9%
REJECTS: 10.1%

TOTAL VALID $: $8,385,888.81

ACCEPTS: $8,287,381.56
REJECTS: $98,507.25

% DOLLARS:

ACCEPTS: 98.8%
REJECTS: 1.2%

KEY:
lf - Late filed
nc - No class listed
wc - Listed wrong class
na - No claim amount

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | |
|---|---|---|---|---|
| 10 | Celebrity Resorts, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 11 | Celebrity Resorts of Brigantine Beach, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 12 | Celebrity Resorts of Indian Shores, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 13 | Celebrity Resorts of Kauai, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 14 | Celebrity Resorts of Lake Buena Vista, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 15 | Celebrity Resorts of Orlando, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 16 | Celebrity Resorts of Palm Coast, LLC | ACCEPTS | N/A (Equity) | Impaired |

9

**EXHIBIT "B"**

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | |
|-------|----------|------|--------------|---|
| 17 | Celebrity Resorts of Reno, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 18 | Celebrity Resorts of Steamboat Springs, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 19 | Celebrity Resorts of Steamboat Springs-Hilltop, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 20 | Celebrity Resorts Management, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 21 | Celebrity Resorts of Clearwater Mgmt Co, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 22 | Celebrity Resorts of Colorado Springs Mgmt Co, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 23 | Celebrity Resorts of Florida Mgmt Co, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 24 | Celebrity Resorts of Genoa, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 25 | Celebrity Resorts of Hanalei Mgmt Co, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 26 | Celebrity Resorts of Hawley, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 27 | Celebrity Resorts of Las Vegas Mgmt Co, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 28 | Celebrity Resorts of Nevada Mgmt Co, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 29 | Celebrity Resorts of New Jersey Mgmt Co, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 30 | Celebrity Resorts Holding Company, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 31 | Celebrity Resorts Sales & Marketing, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 32 | Optima Financial Services, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 33 | The Club of Celebrity Resorts, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 34 | Venezia CE, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 35 | Celebrity Resorts International Mgmt Svcs, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 36 | Celebrity Resorts Reservations, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 37 | Celebrity Resorts International, LP | ACCEPTS | N/A (Equity) | Impaired |
| 38 | Celebrity Resorts, Inc | ACCEPTS | N/A (Equity) | Impaired |

10

**EXHIBIT "B"**

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | |
|-------|----------|------|--------------|---|
| 39 | Celebrity Resorts Mgmt Svcs, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 40 | Celebrity Resorts of Nevada Genoa Mgmt, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 41 | Celebrity Resorts Connections, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 42 | Celebrity Resorts Mgmt Svcs, Inc | ACCEPTS | N/A (Equity) | Impaired |
| 43 | Hilltop Bar & Grill, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 44 | Lucky Duck Café, LLC | ACCEPTS | N/A (Equity) | Impaired |
| 45 | Celebrity Resorts of Kauai Mgmt Co, LLC | ACCEPTS | N/A (Equity) | Impaired |

**EXHIBIT "B"**

| CLASS | CREDITOR | ACCEPTS | CLAIM AMOUNT | REJECTS | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|---|---|
| 9 | Androsa, Joseph | | | | | nv, nc, na |
| 9 | Baker, H&E | | $11,896.62 | | | nv |
| 9 | Chicola, T&L | | | X | $12,000.00 | Late-filed |
| 9 | Forst, Marlena | | | X | $0.00 | Late-filed, we, na |
| 9 | Lash, J | | $10,000.00 | | | nv |
| 9 | Lash, James | | $10,000.00 | | | nv |
| 9 | Meyers, Neil, as assignee for Farmington Bank | | | X | $0.00 | Ballot - $4,942,241.51 No claim per Valuation |
| 9 | Meyers, Neil | | | X | $0.00 | Ballot - $30M Sched-disputed POC-Pending Objection |
| 9 | The Club at Star Island | | | X | $2,137,058.91 | Objection to claim filed 12/13/2010; Doc No 486) |
| 9 | Walleys Property Owners | | | X | $2,185.00 | Late-filed, we-F |
| 9 | Walleys Property Owners | | | X | $0.00 | Late-filed, we-G |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

12