# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| In re: | CHAPTER 11 |
| **CELEBRITY RESORTS, LLC,** *et al.,* | CASE NO.: 6:10-bk-3550-ABB |
| Debtors. _____/ | Jointly Administered with Cases 6:10-bk-3551-ABB to 6:10-bk-3585-ABB |
| | Confirmation Hearing Scheduled for Wednesday, December 22, 2010 at 10:00 a.m |

## DEBTORS' MOTION FOR CRAMDOWN

*Class 4 – Farmington Bank, by Neil Meyers, as assignee*

**CELEBRITY RESORTS, LLC,** and its affiliated and related debtor entities, as debtors-in-possession (collectively "Celebrity Resorts" or "Debtors"), hereby move this Court for confirmation of the amended joint plan of reorganization, as revised by the Modifications to the Amended Joint Plan of Reorganization filed on December 21, 2010[1], notwithstanding the nonacceptance by Class 4, pursuant to Section 1129(b) of the Bankruptcy Code ("Motion"), and in support thereof states as follows:

**A.  BACKGROUND.**

1. On March 5, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code").  The Debtors continue to operate their respective businesses and manage their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been requested or appointed in any of the Debtors' chapter 11 cases.

---

[1] Terms capitalized in this affidavit shall have the same meaning as used in Debtor's Plan of Liquidation unless such terms are defined differently herein.

2. On November 19, 2010, Debtors filed their Amended Joint Plan of Reorganization (the "Plan") (Doc No. 423) and Amended Joint Disclosure Statement ("Disclosure Statement") (Doc No. 422).

3. On November 24, 2010, the Court entered an order conditionally approving Debtors' Disclosure Statement and setting a hearing on the Disclosure Statement and confirmation of the Plan for December 22, 2010 (Doc No. 427) ("Order").

4. On October 18, 2010, the Debtors filed their motion to value the claim of Farmington Bank (Doc No. 389) ("Value Motion").

5. In November 2010, Neil Meyer purchased the claims of Farmington Bank and filed a notice of assignment of all claims on November 22, 2010 (Doc No. 425).

6. At the hearing on the Value Motion, held on December 20, 2010, the Court ruled that Farmington's claim was fully secured.

**B. THE PLAN, AS MODIFIED**

7. All Claims against the Reorganized Debtors shall be classified and treated pursuant to the terms of the Plan. All Claims by the Debtors against any other Debtor shall be waived. The Plan contains forty-two (42) Classes of Claims and Interests. There are seven (7) Classes of Secured Claims, two (2) Classes of Unsecured Claims, and thirty-three (33) Classes of Interests. Class 1, Class 2 and Class 3 are Unimpaired. All other Classes of Claims or Interests are Impaired.

8. On the Effective Date, the Plan provides that Holders of Allowed Administrative Claims will be paid in full. Holders of Allowed Priority Claims, if any, will be paid by the respective Reorganized Debtor, with interest, over a period of five years. All Allowed and Impaired Secured Classes of Claims will be given back their respective collateral in full

satisfaction of their respective Allowed Claims. All Allowed Unsecured Claims shall be classified in one unsecured class and shall receive a *pro rata* beneficial interest in the Unsecured Note. The Unsecured Note shall be in the amount of $650,000.00 and paid quarterly by the Reorganized Debtor commencing April 15, 2011. Debtors believe that the Unsecured Note will provide a twenty percent (20%) return to Holders of Allowed Unsecured Claims. Additionally, Debtors have agreed to additional benefits for Holders of Allowed Unsecured Claims as set forth *supra*.

9. Classes 10 through 45 are Equity Interests, which will be canceled upon the Effective Date; and new equity in the Reorganized Debtors will be issued as stated herein. The Reorganized Debtors shall consist of four (4) reorganized limited liability companies. The Reorganized Debtors shall consist of: (i) Management Co.; (ii) Development Co.; (iii) Asset Co.; and (iv) Club Membership Co. Holding Co. shall own 100% of the Reorganized Debtors and Jared M. Meyers and Kristi Meyers (as tenancy by the entirety) shall own 100% of Holding Co. In summary, the Plan contemplates the emergence of the Reorganized Debtors, listed in **Exhibit "A"** attached hereto, and the continuation of the operation, management and rental of the Resorts located across the United States, with a substantial focus on management and operation of the Resorts.

10. The Plan contemplates that the Reorganized Debtors will continue their timeshare resort management and rental business for the Resorts which are currently owned, in part, by the Debtors' Development Group. The Plan contemplates that the Reorganized Debtors will give back RBC, Textron, Fifth Third and Farmington their collateral as the indubitable equivalent of such secured claims. This transfer will allow the Reorganized Debtors to eliminate a significant amount of debt, continue to operate on a positive cash flow basis, while reducing their expenses

related to the annual assessment charges for the Resort properties, all while improving overall customer satisfaction. The Reorganized Debtors anticipate use of a consolidated cash management system. The Debtors believe cash flow from the continued operation and management of the Resorts will be sufficient to meet all required Plan payments.

**C.     CRAMDOWN OF CLASS THAT DID NOT VOTE TO ACCEPT.**

11.     Pursuant to Section 1129(b) of the Bankruptcy Code, a debtor may confirm a plan of reorganization over the negative vote of a class of creditors, if the plan of reorganization does not discriminate unfairly and is fair and equitable, with respect to each class of creditors that is impaired under, and has not accepted the plan.

12.     Class 4 – Farmington Bank, by Neil Meyer, as assignee ("Farmington"), did not vote to accept the Plan. Class 4 holds a security interest on certain of Debtors' timeshare inventory owned by the following entities: (i) Celebrity Resorts of Brigantine Beach, LLC; (ii) Celebrity Resorts of Indian Shores, LLC; (iii) Celebrity Resorts of Orlando, LLC; (iv) Celebrity Resorts of Palm Coast, LLC; (v) Celebrity Resorts of Reno, LLC; (vi) Celebrity Resorts of Steamboat Springs, LLC; and (vii) Celebrity Resorts of Steamboat Springs_Hilltop, LLC.

13.     In full satisfaction of its Allowed Secured Claim, Farmington shall have the FB Timeshare Inventory returned to it, as the indubitable equivalent of its Secured Claim. The value of the FB Timeshare Inventory exceeds the amounts of the Class 4 Claims, and as such, the transfer of the FB Timeshare Inventory back to Farmington shall be in full satisfaction of its Allowed Secured Claim as well as any Allowed Claim that Farmington may have against the Debtors, and shall further be a release, with prejudice, of any obligation that Jared M. Meyers or any of the Debtors may have to Farmington on any Claim of any kind, including, without limitation the Allowed Class 4 Claim of Farmington. The transfer to Farmington shall be free

and clear of all pre-petition liens and claims but not of the obligation to pay required maintenance, tax assessments and other assessments in accordance with the governing instruments of the timeshare regime where the specific FB Timeshare Inventory is located.

**WHEREFORE,** the Debtor respectfully requests this Court grant its motion for confirmation of its Plan, as modified, pursuant to Section 1129(b) of the Bankruptcy Code, notwithstanding the nonvote or nonacceptance by Class 4, and for such other and further relief as is just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 21st day of December 2010.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: | CHAPTER 11 |
| **CELEBRITY RESORTS, LLC,** *et al.,* | CASE NO.: 6:10-bk-3550-ABB |
| Debtors. _____/ | Jointly Administered with Cases 6:10-bk-3551-ABB to 6:10-bk-3585-ABB |

### Certificate of Service

I HEREBY CERTIFY that a true copy of this **DEBTORS' MOTION FOR CRAMDOWN**, *Class 4 – Farmington Bank, by Neal Meyers, as assignee*, together with all exhibits, has been furnished by either electronic transmission and/or U.S. mail, postage-paid, to: Celebrity Resorts, LLC, Attn: Jared M. Meyers, CEO, 8451 Palm Parkway, Orlando, Florida 32836; Marty A. Stone, Esq., General Counsel, Celebrity Resorts, LLC, 8451 Palm Parkway, Orlando, Florida 32836; Nicholas B Bangos, Esq., 100 S.E. 2nd Street, Suite 2600, Bank of America Tower, Miami, FL 33131; Ben H. Harris, III, Esq., Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP, Courvoisier Centre II, 601 Brickell Key Drive Suite 500, Miami, Florida 33131;and the Local Rule 1007-2 Parties-in-Interest Matrix, as shown on the service lists attached to the original motion filed with the Court; and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 21st day of December 2010.

/s/ R. Scott Shuker
R. Scott Shuker, Esquire

# LIST OF DEBTORS UNDER JOINT PLAN OF REORGANIZATION

|     | Debtor | Bkry Case No |
| --- | --- | --- |
| 1.  | Celebrity Resorts, LLC (CR) | 6:10-bk-3550 |
| 2.  | Celebrity Resorts of Brigantine Beach, LLC (CRBB) (F/K/A Celebrity Resorts of New Jersey, LLC) | 6:10-bk-3551 |
| 3.  | Celebrity Resorts of Indian Shores, LLC (CRIS) | 6:10-bk-3552 |
| 4.  | Celebrity Resorts of Lake Buena Vista, LLC (CRLBV) | 6:10-bk-3554 |
| 5.  | Celebrity Resorts of Orlando, LLC (CRO) | 6:10-bk-3555 |
| 6.  | Celebrity Resorts of Palm Coast, LLC (CRPM) | 6:10-bk-3556 |
| 7.  | Celebrity Resorts of Reno, LLC (CRR) | 6:10-bk-3557 |
| 8.  | Celebrity Resorts of Steamboat Springs, LLC (CRSS) | 6:10-bk-3558 |
| 9.  | Celebrity Resorts of Steamboat Springs-Hilltop, LLC (CRSS-H) | 6:10-bk-3559 |
| 10. | Celebrity Resorts Management Services, LLC (CRMS) | 6:10-bk-3560 |
| 11. | Celebrity Resorts Management, LLC (CRM) | 6:10-bk-3561 |
| 12. | Celebrity Resorts of Clearwater Management Company, LLC (CRCWMC) | 6:10-bk-3562 |
| 13. | Celebrity Resorts of Colorado Management Company, LLC (CRCMC) | 6:10-bk-3563 |
| 14. | Celebrity Resorts of Florida Management Company, LLC (CRFMC) | 6:10-bk-3564 |
| 15. | Celebrity Resorts of Genoa, LLC (CRG) | 6:10-bk-3565 |
| 16. | Celebrity Resorts of Hawley, LLC (CRH) | 6:10-bk-3567 |
| 17. | Celebrity Resorts of Las Vegas Management Company, LLC (CRLVMC) | 6:10-bk-3569 |

**EXHIBIT "A"**

| 18. | Celebrity Resorts of Nevada Genoa Management, LLC (CRNGM) | 6:10-bk-3570 |
| --- | --- | --- |
| 19. | Celebrity Resorts of Nevada Management Company, LLC (CRNMC) | 6:10-bk-3571 |
| 20. | Celebrity Resorts of New Jersey Management Company, LLC (CRNJMC) | 6:10-bk-3572 |
| 21. | Celebrity Resorts Connections, LLC (CRC) | 6:10-bk-3573 |
| 22. | Celebrity Resorts Holding Company, LLC (CRHC) | 6:10-bk-3574 |
| 23. | Celebrity Resorts Reservations, LLC (CRR) | 6:10-bk-3575 |
| 24. | Celebrity Resorts Sales & Marketing, LLC (CRSM) (f/k/a Florida Property Development, LLC) | 6:10-bk-3576 |
| 25. | Hilltop Bar & Grill, LLC (HBG) | 6:10-bk-3577 |
| 26. | Lucky Duck Café, LLC (LD) | 6:10-bk-3578 |
| 27. | Optima Financial Services, LLC (OFS) | 6:10-bk-3579 |
| 28. | The Club of Celebrity Resorts, LLC (CCR) | 6:10-bk-3580 |
| 29. | Venezia CE, LLC (VCE) | 6:10-bk-3581 |
| 30. | Celebrity Resorts International Management Services, LLC (CRIMS) | 6:10-bk-3582 |
| 31. | Celebrity Resorts International, LP (CRI) | 6:10-bk-3583 |
| 32. | Celebrity Resorts Management Services, Inc.(CRMSI) | 6:10-bk-3584 |
| 33. | Celebrity Resorts, Inc.(CR-INC) | 6:10-bk-3585 |

**EXHIBIT "A"**

```
Label Matrix for local noticing            ASSOCIATION OF APARTMENT OWNERS OF HANALEI B      Aloha Bay Condo Assoc., Inc.
113A-6                                     c/o James E. Foster, Esq.                        8451 Palm Parkway
Case 6:10-bk-03550-ABB                     Post Office Box 231                              Lake Buena Vista, FL 32836-6414
Middle District of Florida                 Orlando, FL 32802-0231
Orlando
Tue Dec 21 14:34:21 EST 2010

Zachary J Bancroft                         Nicholas B Bangos                                John G Bianco III
Post Office Box 2809                       100 S.E. 2nd Street                              Tripp Scott PA
Orlando, FL 32802-2809                     Suite 2600, Bank of America Tower                110 SE 6th Street 15th Floor
                                           Miami, FL 33131-2100                             Fort Lauderdale, FL 33301-5004


Simeon D Brier                             Brigantine Inn Resort Club                       Brigantine Villas
Edwards Angell Palmer & Dodge LLP          Condo Assoc                                      Condo Association
1 North Clematis Street                    8451 Palm Parkway                                8451 Palm Parkway
Suite 400                                  Lake Buena Vista, FL 32836-6414                  Lake Buena Vista, FL 32836-6414
West Palm Beach, FL 33401-5552


Andrew M. Brumby                           Carlton Fields, P.A.                             Carpe Diem Sales & Marketing
Shutts & Bowen LLP                         c/o Hywel Leonard                                c/o Phillip D. Fry
Post Office Box 4956                       P.O. Box 3239                                    4535 S.W. 34th Street
Orlando, FL 32802-4956                     Tampa, FL  33601-3239                            Orlando, FL 32811-6463


Celebrity Resorts, LLC                     Jules S Cohen                                    Stewart Cohen
8451 Palm Parkway                          Akerman Senterfitt                               Stewart Cohen PA
Orlando, FL 32836-6414                     Post Office Box 231                              1510 East Colonial Drive
                                           420 South Orange Avenue                          Suite 305
                                           Orlando, FL 32801-3313                           Orlando, FL 32803-4790


Concord Servicing Corporation              Chadwick Elton Crews                             Crown Linen, LLC
c/o Jason A. Rosenthal, PA                 Shutts & Bowen LLP                               c/o Roy L. Weinfeld, P.A.
4798 New Broad Street, Suite 310           300 South Orange Avenue                          800 Brickell Avenue, Suite 1501
Orlando, FL 32814-6436                     Suite 1000                                       Miami, FL 33131-3040
                                           Orlando, FL 32801-5403


Dell Financial Services                    Denise D Dell-Powell                             Dugan Millenia LLC
4284 Collection Center Drive               Burr & Forman LLP                                600 E 96Th Street
Payment Processing Center                  450 S Orange Avenue                              Suite 100/A Attn:Pbmln001
Chicago, IL 60693-0001                     Suite 200                                        Indianapolis, IN 46240-3788
                                           Orlando, FL 32801-3385


Daniel M Eliades                           Ronald M Emanuel                                 Epstein Becker & Green PC
Forman, Holt, Eliades & Ravin LLC          Ronald M Emanuel PA                              c/o Paul Traub Esq
80 Route 4 East, Suite 290                 8751 West Broward Blvd, Suite 100                250 Park Avenue
Paramus, NJ 07652-2661                     Plantation, FL 33324-2630                        New York, NY 10177-1211


Farmington Bank                            Farmington Bank f/k/a Farmington Savings Ban     Farmington Bank f/k/a Farmington Savings Ban
c/o Evan S. Goldstein Esq.                 c/o L. William Porter III                        c/o Zachary J. Bancroft, Esq.
Updike Kelly & Spellacy PC                 Lowndes Drosdick et al.                          Lowndes Drosdick et al.
P.O. Box 231277                            P.O. Box 2809                                    P.O. Box 2809
Hartford CT 06123-1277                     Orlando FL 32802-2809                            Orlando FL 32802-2809


Fifth Third Bank                           Flatiron Capital, a division of Wells Fargo      James E Foster
c/o W. Glenn Jensen, Esq.                  c/o Ronald M. Emanuel, P.A.                      Akerman Senterfitt
Roetzel & Andress                          8751 West Broward Blvd., Suite 100               Post Office Box 231
P.O. Box 6507                              Plantation, FL 33324-2630                        Orlando, FL 32802-0231
Orlando, FL 32802-6507
```

Jamie Fowler
Jonathan James Damonte Chartered
12110 Seminole Boulevard
Largo, FL 33778-2833

Steven E Fox
Epstein Becker & Green PC
250 Park Avenue
New York, NY 10177-1211

Frazier Park Group
8414 W. Farm Road
Suite 180-444
Las Vegas, NV 89131-8170

Robert B Glenn
Glenn Rasmussen Fogarty & Hooker, PA
100 South Ashley Drive, Suite 1300
Tampa, FL 33602-5309

Evan S Goldstein
Updike Kelly & Spellacy PC
Post Office Box 231277
Hartford, CT 06123-1277

Grand Venezia COA, Inc.
c/o Andrew M. Brumby, Esq.
Shutts & Bowen LLP
300 S. Orange Avenue, Suite 1000
Orlando, FL 32801-5403

Grand Venezia COA, Inc.
c/o Jamie Fowler Wiley
Jonathan James Damonte, Chartered
12110 Seminole Blvd.
Largo, FL 33778-2833

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

Brian T. Hanlon
Brevard County Tax Collector
PO Box 2550
Titusville, FL 32781-2550

Harbor Club Owners Assoc
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Ben H Harris III
Jones Walker
Courvoisier Centre II - Suite 500
601 Brickell Key Drive
Miami, FL 33131-2662

Jennifer Hayes
Foley & Lardner LLP
100 North Tampa Street
Suite 2700
Tampa, FL 33602-5810

Hilltop Resort Owners Assoc
8451 Palm Parkway
Lake Buena Vista, FL 32836-6414

Stephen C Hunt
Arnstein & Lehr, LLP
200 East Las Olas Blvd, Suite 1700
Ft. Lauderdale, FL 33301-3404

Industrial Property Realty, Inc. / 3701 Vine
c/o Chad S. Paiva, Esq.
250 S. Australian Ave., Suite 700
West Palm Beach, FL 33401-5007

International Escrow Svcs
1100 Peachtree Street NE
Suite 800
Atlanta, GA 30309-4516

Mychal J Katz
Roetzel & Andress LPA
Post Office Box 6507
Orlando, FL 32802-6507

Jason H Klein
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Roy S Kobert
Post Office Box 4961
Orlando, FL 32802-4961

Victoria Kothari
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Timothy S Laffredi
135 West Central Blvd Suite 620
Orlando, FL 32801-2476

Leisure Real Estate Mgmt Inc
9200 Cypress Cove Drive
Orlando, FL 32819-4813

Hywel Leonard
Carlton Fields, PA
P O Box 3239
Tampa, FL 33601-3239

David J Lienhart
Roetzel & Andress LPA
420 South Orange Avenue
CNL II - 7th Floor
Orlando, FL 32801-3313

Justin M. Luna
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Ave.
Suite 600
Orlando, FL 32801-1684

McDonnel Corp. dba Resort Pool Services
c/o Roger McDonnell
1171 Mesa Verde Court
Clermont, FL 34711-5938

Millenia Lakes Development Company, LLC
c/o Wiles and Wiles, LLP
800 Kennesaw Avenue
Suite 400
Marietta, Ga 30060-7946

James H Monroe
James H. Monroe, P.A.
Post Office Box 540163
Orlando, FL 32854-0163

Michael Nardella
Burr & Forman, LLP
450 S. Orange Avenue
Suite 200
Orlando, FL 32801-3385

Neil Meyers
c/o Ben H. Harris, III
Jones Walker
Courvoisier Centre
601 Brickell Key Dr., Ste. 500
Miami, FL 33131-2699

```
Victor W Newmark                        Chad S Paiva                              Panzl & Company, PA
Wiles & Wiles                           Greenspoon Marder  PA                     PO Box 1984
800 Kennesaw Avenue                     One Clearlake Centre                      Winter Park, FL 32790-1984
Suite 400                               250 Australian Avenue  Suite 1010
Marietta, GA 30060-7946                 West Palm Beach, FL 33401-5014


L William Porter III                    RBC Bank (USA)                            RBC Bank (USA)
Lowndes Drosdick Doster Kantor & Reed PA c/o David A. Ray, Esq.                   c/o Stephen C. Hunt, Esq.
Post Office Box 2809                    Arnstein & Lehr, LLP                      Arnstein & Lehr, LLP
Orlando, FL 32802-2809                  200 E. Las Olas Blvd., Suite 1700         200 E. Las Olas Blvd., Suite 1700
                                        Ft. Lauderdale, FL 33301-3404             Ft. Lauderdale, FL 33301-3404


David A Ray                             Reno Spa Resort                           Resort Condominiums International, LLC
Arnstein & Lehr LLP                     Owners Assoc Inc                          c/o Forman Holt Eliades & Ravin LLC
200 East Las Olas Boulevard             8451 Palm Parkway                         Attn.: Daniel M. Eliades, Esq.
Suite 1700                              Lake Buena Vista, FL 32836-6414           80 Route 4 East, Suite 290
Fort Lauderdale, FL 33301-3404                                                    Paramus, NJ 07652-2661


Resort World Of Orlando                 Resort World Of Orlando                   Rocker Fruit Company
Section I, Inc                          Section II Inc                            4499 W Irlo Bronson Memorial Highway
8451 Palm Parkway                       8451 Palm Parkway                         Kissimmee, FL 34746-5316
Lake Buena Vista, FL 32836-6414         Lake Buena Vista, FL 32836-6414


Jason A Rosenthal                       Raymond J Rotella                         Peter E. Shapiro
The Rosenthal Law Firm PA               Kosto & Rotella PA                        Shutts & Bowen LLP
212 Pasadena Place                      619 East Washington Street                200 East Broward Boulevard
Suite A                                 Orlando, FL 32801-2969                    Suite 2100
Orlando, FL 32803-3862                                                            Fort Laudedale, FL 33301-1972


R Scott Shuker                          Strataforce                               J. Ellsworth Summers Jr.
Latham Shuker Eden & Beaudine LLP       691 Front Street                          Rogers Towers, P.A.
Post Office Box 3353                    Suite 220                                 1301 Riverplace Blvd. Suite 1500
Orlando, FL 32802-3353                  Celebration, FL 34747-4923                Jacksonville, FL 32207-1811


Sysco Central Florida, Inc., etc.       Systems Products International            Textron Financial Corp
c/o Stewart Cohen, Esq.                 c/o Gordon, McCledon, VP                  c/o Epstein Becker & Green PC
1510 E. Colonial Drive                  2600 SW 3rd Avenue                        Attn Paul Traub Esq
Suite 305                               Miami, FL 33129-2330                      250 Park Ave
Orlando, fL 32803-4734                                                            New York NY 10177-1211


The Oaks at Resort World                The Reno Spa Resort Owners Association    The Spas at Resort World
Condo Association                       c/o Jeffrey W. Warren, Esq.               Condo Association
8451 Palm Parkway                       PO Box 3913                               8451 Palm Parkway
Lake Buena Vista, FL 32836-6414         Tampa, FL 33601-3913                      Lake Buena Vista, FL 32836-6414


The Suites At Steamboat                 The Villas At Resort World                United States Trustee - ORL 11
Owners Assoc                            Condo Association                         135 W. Central Blvd., Suite 620
8451 Palm Parkway                       8451 Palm Parkway                         Orlando, FL 32801-2440
Lake Buena Vista, FL 32836-6414         Lake Buena Vista, FL 32836-6414


VT Inc. as Trustee of World Omni LT     VT Inc. as Trustee of World Omni LT       Walley's Property Owners Association
PO Box 991817                           c/o John G. Bianco, III, Esquire          c/o Jules S. Cohen, Esq.
Mobile, AL 36691-8817                   110 SE 6th Street, 15th Floor             420 S. Orange Avenue
                                        Fort Lauderdale, FL 33301-5004            Orlando, FL 32801-3313
```

| | | |
|---|---|---|
| Jeffrey W. Warren | Roy L. Weinfeld | End of Label Matrix |
| Bush Ross, P.A. | Roy L Weinfeld PA | Mailable recipients    91 |
| Post Office Box 3913 | 800 Brickell Avenue, Suite 1501 | Bypassed recipients     0 |
| Tampa, FL 33601-3913 | Miami, FL 33131-3040 | Total                  91 |